# Renunciation of "citizenship"

I, William Henshall, being of lawful age of 21+ years, compos mentis, a free white man, and a lawful DeJure Citizen Jus Soli and *Jus Sanguinis* as those terms were understood by the Framers of the *Constitution for the united States {1787-1791}* do hereby make the following declaration renouncing "citizenship" to wit:

That as above mentioned I am a lawful DeJure Citizen of California by virtue of being domiciled therein, *notwithstanding the fact that the Several States are no longer recognized by the de facto federal government and it's martial law regional venues* ,and in concurrence with the *Preamble to, and Article IV, Section 2 of, the Constitution for the united States {1787-1791}* and am a united States Citizen solely by reason of such DeJure State Citizenry {See e.g. *Scott v Sandford 19 How 393, Minor v Happersett 21 Wall 162, Van Valkenburg v Brown 43 Cal 43, Ex Parte Knowles 5 Cal 300}* and not by reason of any provision of the 14th statutory "amendment" to the Constitution.

/

/

/

That at no time whatsoever has this claim been contested or disputed by government bureau-rats or agencies before such claim has been presented as a petition for redress of grievance and such occasions, at all levels and departments of government, are too numerous to recite herein but are well documented for presentation in any DeJure Judicial forum in which such proof may be necessary.

That at least the "state" of California no longer recognizes the DeJure State Citizenry necessary to it's existence {See e.g. ***Constitution of California 1849 Articles I & II*** which did recognize the lawful DeJure Citizenry and the present Constitution Article II Section 2 where only "United States citizens" are mentioned with this term being understood to be in conformance with Section 1 of the 14th statutory "amendment" to the Constitution for the united States and it's statutory offspring ***8 USCA 14011(a)*** } and that by such non-recognition of lawful DeJure Citizens California (and all other like situated "states" have lost the ***consent of the governed and thus any  jurisdiction and venue that might otherwise  exist with regard to the de jure Citizenry.***

/
/
/
/

Page 5  of 11

That the case for cessation as a lawful DeJure Body Politic {State} is further buttressed by the unlawful enactment of the 17th statutory "amendment" to the Constitution for the united States which in plain violation of ***Article I, Section 3 paragraph 1  Article I, Section 4 paragraph 1, and the 9th and 10th Articles of the Bill of Rights  of the Constitution for  the united States*** has removed the participation of the Several States from the Federal government and their substantive power against unlawful usurpation's of power by the Federal (defacto) government and thus converted the once great Republic to a mere democracy {3 wolves and 2 sheep voting on what's for dinner} thus working a ***conspiratorial treason*** against the very Constitution(s) they were sworn to uphold.

Further proof of this erosion of the de jure Several States is found in the fact that not only are the flags of the Several States not displayed in (defacto) federal courtrooms, these same martial law tribunals display their true colors by use of the ***fringed*** American flag which is nothing more than a ***military standard*** (see e.g. ***34 Ops. Atty. Gen. 483 (1925))***.

Add to these facts that the "states" can now prosecute an accused "***criminally***" without producing a corpus delicti or mens rea and then use their own "rules" of evidence in a

***non-jury trial*** {See e.g. ***Blanton v Nevada 489 US 538*** } to secure a "conviction" and not come close to offending the ***14th "amendment"*** version of "due process of law".

Regarding this "version" of due process (as opposed to the DeJure version {see e.g. ***Boyd v US 116 US 616*** }, the only quote you will see in this document comes from the case of ***Wolf v Colorado 338 US 25 at page 27*** where will be found the court's interpretation of ***14th amendment due process***, to wit:

> "This Clause extracts from the states for the ***lowliest and most outcast*** all that is implicit in the concept of ordered liberty."

emphasis added (????)

Now I take note here that the Bill of Rights was never applied to the Several States prior to the enactment of the 14th statutory amendment (See e.g. ***Barron v Baltimore 7 Peters 243*** ) and not often for the first 50+ years of it's existence (See e.g. ***Twining v New Jersey 211 US 78, Betts v Brady 316 US 455*** ) and that the recent pattern of reversal {begun most noticeably -- and unfortunately -- during the national socialist regime of Franklin Roosevelt and the considerable pressure he exerted upon the court producing such disasters as ***NLRB v Jones & Laughlin Steel 301 US 1 , Helvering v Davis 301 US 619 and Wickard v Filburn***

***317 US 111 {see most notably the dissent of the "Four Horsemen" in the NLRB case at page 71 et sequel }}*** was made at the behest of defacto United States citizens most commonly non-white petitioners (See e.g. ***Dollree Mapp v Ohio 367 US 643, Ernesto Miranda v Arizona 384 US 436, Danny Escobedo v Illinois 378 US 438*** ) or those petitioners who were either too ignorant to or did not choose to make de jure claims (see e.g. ***Clarence Earl Gideon v Louie L. Wainwright 372 US 335 { reversing (?) properly decided Betts case, supra}*** ).

The real defacto piece d'resistance has to be the ***Barfetta er, Faretta case — Faretta v California 422 US 806*** where it was held, in apparent complete disregard of the lawful distinction of de jure ***In Propria Persona*** status and standing {though the court could hardly been unaware of the situation}, that a "criminal" accused had some sort of "due Process" 'right' to appear (defacto) ***pro se acting as his own attorney*** IF the court {government !} found him "competent" to do so {and bear in mind that an attorney is an ***officer of the court in need of it's permission to appear and thereby vest itself with at least in personam jurisdiction*** which it could not otherwise voluntarily get}. The evil in such opinions is too great to contemplate any further.

So much more could be said on this occasion but to come to the point of the matter the alleged judicial branch

of government(s) recognizing only defacto federal state "citizens" as having status and standing to appear in their "courts", the record must be affirmatively set that I am ***not one of those artificial creatures*** (See e.g. ***Hale v Henkel 201 US 43,74*** ), therefore:

***Effective immediately and, in effect ab initio from any alleged time of "submission", any attribute of "United States citizenship" insofar as the same might be traceable to the 14th statutory amendment to the Constitution for the united States {1787-1791} or any statutory offspring of the same and thus be in conflict with the Constitution for the united States {1787ʳ1791} and is hereby for once and all time***

## RENOUNCED

in favor of my lawful de jure status as a Citizen of the DeJure State of California as that entity should exist and does exist long antecedent to the ***Articles of Confederation (1778) and the Constitution for the united States {1787ʳ1791}.***

Page 9 of 11

Done this 1st day of July, 2000 at San Francisco, California.

_181_

William R. Henshall  {Seal}
**_First Judicial District_**
P. O. Box 281676
San Francisco, California, USA


PS --    It seems as though this action could leave me subject to a deportation proceeding (if a suitable nation of origin can be located) and such a proceeding may accord me standing {See **_Ashwander v TVA 297 US 288,341_**} to have the above issues, among others, adjudicated by the Judicial Power of the Republic and with this in mind you are cordially invited to implement such a proceeding forthwith -- at the risk of committing further treason to the Constitution !


Page 10  of 11

EXHIBIT C



William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA
650-255-3078

## IN THE SUPERIOR COURT OF CALIFORNIA

## IN AND FOR THE COUNTY OF SAN MATEO

William Henshall,                    )
                                     )
                                     )    CASE No. 465862
            Plaintiff                )
                                     )
                                     )
                                     )
     vs.                             )    Exhibit "C"
                                     )
Central Parking Inc.                 )    Plaintiff's "New Hire"
                                     )
New South Parking Inc.               )    letter submitted to
                                     )
                                     )    Respondents in support
Does 1 thru 50                       )
                                     )    of claims made
            Respondents              )
                                     )
                                     )
                                     )
                                     )

To:   New South Parking System Inc.

From:  William Henshall

In Re: Re-application for "employment"

Date:  May 23rd, 2007/amended June 30th, 2007

With the onset of our forthcoming working relationship it is hoped that we can come to an agreement as to the applicable law(s) governing the same and thus be on the same page from the very beginning, to the benefit of all concerned parties.

I am providing herein text from various legal authorities supporting what might seem like otherworldly contentions about the Constitution and laws of the united States, and can assure you that there is much substantive support behind each and every position I espouse in this regard. Should you views be different than those expressed herein, I ask only the same from you as a simple matter of quid pro quo, common courtesy, and respect.

From the beginning, let me state that there is no need for any "re-application for "employment"" necessary in the instant case as the files of present Ampco workers could, and should, be transferred to your company as I have already requested.

Now many questions of Constitutional law are likely to arise in the context of a "re-application", some of which are addressed below. It is hoped that the insights provided into the de jure Constitution and laws of the united States will be illuminating and lead to the desired result (to *your* benefit also !).

Constitutional law assertions page  1  of  7

First, the issue of just who is an "employee" is of prime interest here and my view is that given the definition of "employee" in the Internal Revenue Code, *26 USC 3401(c)*, that I am not, and cannot be, an "employee" for at least the purposes of withholding of taxes (see e.g. ***Bass v US 784 Fed 2nd 1282***) and take further note of ***Title 20 of the Code of Federal Regulations*** which purports to make *all* workers "*federal* (!!) employees", apparently by the convenient, devilish use of a ***fiction of law*** supporting the exercise of either Congress' Interstate Commerce powers (***Article I, Section 8, clause 3***) or it's "Necessary and Proper" powers (***Article I, Section 8 clause 18***) or both combined or, perhaps, even it's exclusive jurisdiction over the District of Columbia (***Article I, Section 8 clause 17*** and/or it's territorial powers pursuant to ***Article IV, Section 3, paragraph 2***, the exercise of any of such powers, especially these latter ones, really bringing forth issues of Federalism, States Rights, and jurisdiction and venue to the fore in the first instance).

With a keen interest in discharging my duty of ***de jure*** Citizenship to keep the (de facto) government within the lawful bounds of it's powers and duties, I am prepared to ***directly*** take on the issue of the mega expansion of Congress' Commerce Clause powers, promulgated by judicially activist New Deal jurists, and FDR stooges, without any scintilla of authority to so act, and I have the proper "*Ashwander*" status and standing (see e.g. ***Ashwander v TVA 297 US 288,341***) to present such issues for decision in the supreme Court of the united States.

The following authorities, albeit with notations following, is offered to show that ***no social security number is necessary*** to engage in the right to use one's labor and enjoy the fruits thereof, as secured by the Constitution, to wit:

Constitutional law assertions page 2 of 7

"If he (company) does not know the taxpayer identifying number (SSN -- ed) of the other person ("person" ??! -- ed), he shall request such number of the other person. A request should state that the identifying number is required by law (note -- no supporting authority cited -- ed) . *__When the person filing the return statement, or other document  does not know the number of the other person, and  has  complied with the request provision of this paragraph, he shall sign an affidavit__* on the transmittal document forwarding such returns, statements, or other documents of the Internal Revenue Service so stating.

### *__Treasury Dept. Reg. 301-6109-1(c)__*

Under Section 301-6109-1(c) a payor (you) is required to *request* the identifying number of the payee. If after such request has been made, the payee does not furnish the payor with his identifying number, *__the penalty will not be assessed against the payor (you)__*.

### *__Treasury Dept. Reg. 310-6676-1__*

After discussing these authorities, the court went on to reach the following conclusion about the penalty(ies) threatened by the IRS against "employers" for failing to provide a SSN and/or "taxpayer" identification number for any one of it's workers:

"The defendant ... shall be permanently enjoined *__from terminating an employee or refusing to  hire  an  individual for failure to provide a social security number__* because of his religious beliefs. If an employee or applicant for employment does not have  a social security number because of his religious beliefs,

Constitutional law assertions page  3  of  7

the company shall request, pursuant to Section 6724 of the Internal Revenue Code, *a waiver of any penalties that may be imposed for failing to include an employee social security number on forms and documents submitted to the IRS*.

## Consent decree

### *EEOC vs Info. Syst. Consulting  No. CA 3-92-0169T*

### *U.S. District Court N. District of Texas 1992*

Hopefully this information is illuminating, but the following distinctions are specifically drawn, to wit:

1.    That there is no claim of religious objection to the social (in)security statutory scheme made in the instant case;

2.    That grave issues of jurisdiction and venue are being advanced and, as yet, *unanswered* by any relevant government entity having the *duty* to so act;

3.    That claim is made that social (in)security is a *wholly voluntary program*, that no statutory or other authority is thus needed to withdraw from social security *even absent the uncontested fraudulent grounds present herein*;

4.    That while apparent statutory and/or regulatory authority in the area of abatement of penalties is seemingly limited to the claim of religious objection, yet these remedies must, a fortiori, be available herein due to the *far more serious nature of the proven objections advanced*;

Constitutional law assertions page  4  of  7

5. That while the cited case would seem to be distinguished from the instant case by the fact that no social security number was ever offered by the worker, although he apparently had one, _yet the valid, uncontested, rescission nunc pro tunc ab initio of the social (in)security number made by myself and any and all claims against the social (in)security system for benefits place me in similar, if not superior, position to that of the claimant in the cited case_;

6. That it is questionable if this case ever reached an **Article III Court** exercising the judicial power of the united States, as it was only, in the end, a consent decree drafted by a united States magistrate (a "subordinate" judicial officer possessing only *discretionless ministerial duties*) and, although signed off on by a district judge there remains the troubling question of whether he sits in an **Article III Court** or an **Article I tribunal** (see e.g. **Hayburn's Case 2 Dallas 409 (1792), Ex Parte Bakelite 279 US 438, O'Donoghue v US 289 US 516, Northern Pipeline v Marathon Oil 458 US 50, Insular Cases 258 US 298, American Insurance v Canter 1 Peters 511**).

Needless to say, my issues fare far better in an Article III Court, a remedy to which I am entitled as a matter of *right* (see e.g. **Cohens v Virginia 6 Wheat 264**), yet there is the equally unsettling proposition of whether Congress has the duty to provide such **Article III Courts** (see e.g. **Martin v Hunter's Lessee 1 Wheat 304** for the affirmative position, and correctly decided opinion, authored by Justice Joseph Story, a leading commentator on the **Constitution for the united States {1787-1791}** and contemporary of the founders of that august instrument, but **Cary v Curtis 3 Howard 236** for the negative and incorrect view).

Constitutional law assertions page 5 of 7

Continuing, you are referred to *26 USC 302(a)(8)* and *26 USC 405* (copies accompanying) to see for yourself the scope and limits on the "secretary" (of Health & Human Services) in issuing social (in)security account numbers -- this issue has never, insofar as I have been able to discover, been before the courts in a de jure setting consistent with "Ashwander" principles (yes, I am aware of the decisions of the court in the cases of *Bowen v Roy 476 US 693, Bowen v Posse , 477 US 41, US v Lee 455 US 224,* but all of these decisions are easily distinguishable on the merits and thus have no relevance to the instant case).

A much more interesting decision on the social (in)security system and the *absence of property rights* to any such benefits, can be found in the case of *Flemming v Nestor 363 US 603,610*).

Another disturbing issue about the social (in)security account number, over and above it's being now a *REQUIRED* element in the application for a driver's license (or even a "state" ID card -- see Sec. 12800 California Vehicle Code) is that the possession of a social (in)security account number has been held, albeit *conspicuously absent* any supporting lawful authorities, to be 'evidence that the holder has the permission of the federal government to be lawfully within the United States' -- see e.g. *Hershey v DOT 669 Atl. 2nd 517, Nowlin v DMV 53 C.A. 4th 1529,* and *Lauderbach v Zolin  35 C.A. 4th  578 .*

Now it is my position that as a lawful de jure jus sanguinis and jus soli free white State Citizen *(see e.g Constitution for the united States {1787-1791} Article IV, Section 2, Scott v Sandford 19 How 393 )* that I, and *all* like situated, do *NOT* need any such permission. I further rely upon the law of Citizenship as it stood (and stands) prior to the "adoption" of the 14th "amendment" -- see e.g. "Citizen" -- *Bouvier's Law Dictionary (1859)*) (notably the Congressionally anointed *official* definitions of the terms of the

Constitutional law assertions page  6  of 7

Constitution) and the splendid veto message of the Civil Rights Act of 1866 by President Andrew Johnson at *5 Messages & Papers of the Presidents pp 3603-3611* (copy most cheerfully provided upon request !)

With these facts firmly now established, it becomes at once apparent that I, and, again, *all* like situated, *cannot be proper subjects* of any Congressional enactment pursuant to it's power over Immigration & Naturalization (*Article I, Section 8, clause 4*) such as the "*Immigration Reform & Control Act of 1986*" or the "*Real ID Act of 2006*" or any like pronouncements.

In conclusion, should my positions as hereinabove stated, be sustained in whole, or even in part, as to the issue of the possession and use of rights *secured* by the Constitution (droit droit rights in law), then the words of the supreme Court, in the otherwise deeply regrettable decision, in the case of *Miranda v Arizona 384 US 436,491* come to mind:

"Where rights secured by the Constitution are involved, there can be no rule making or legislation that would abrogate them."

Constitutionally,

_____/s/_____

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA

Constitutional law assertions page  7  of  7

EXHIBIT D

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

IN THE SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

William Henshall,                          )
                                           )
                                           )        CASE No. 465862
              Plaintiff                    )
                                           )
                                           )
              vs.                          )        Exhibit "D"
                                           )
Central Parking Inc.                       )        Plaintiff's "Meador"
                                           )
New South Parking Inc.                     )        indemnification document
                                           )
                                           )        submitted to Respondents
Does  1 thru 50                            )
                                           )
              Respondents                  )
                                           )
                                           )
                                           )
                                           )

To:   New South Parking
      Attn. Eric Loudin

From:  William Henshall

In Re:  Request for indemnification

Date:  June 19th, 2007

Pursuant to your *untimely* memo in re an, in effect, *un-noticed mandatory meeting* at which certain documentation, neither in my possession nor necessary for me to have, will comprise an integral part of such meeting, this a request, should you demand that an "I-9 Form", promulgated pursuant to Congress' Immigration powers pursuant to *Article I, Section 8, clause 4 of the Constitution for the united States {1787-1791}, or any other form at the behest of the de facto government* and/or a W-4 form pursuant o Congress' taxation powers, be completed and signed by me, notwithstanding the fact that as a lawful de jure jus sanguinis, jus soli free white State Citizen (*Article IV, Section 2 of the Constitution* and member of *"Our Posterity"* as set forth in the *Preamble* thereto I am *NOT* subject to such immigration or taxation powers, then I request that you first fill out the accompanying indemnification form in order that I can be assured that I am not waiving rights *secured* by the *Constitution for the united States {1787-1791}.*

In this regard I am especially concerned with how the *de facto* system currently in power seems to operate on *fictions of law* that, if left unchallenged when first arisen, would operate to, among other things, waive my right to contract for, and enjoy the full fruits of, my time and labor to which I have an inalienable right (see e.g. *Pollock v Farmers Loan & Trust 158 US 601, Hale v Henkel 201 US 43)* and see also, as a prime example of how this

bureaucratic *entrapment* works the case of ***In Re Meador 16 Federal Cases 1294:***

> "And here a thought suggests itself. As the Meadors, subsequently to the passage of this Act of July 20, 1868 ***applied for and obtained from the government a license or permit*** to deal in manufactured tobacco, snuff, and cigars, I am inclined to be of the opinion that ***they are, by their own voluntary act, precluded from assailing the constitutionality of this law***, or otherwise controverting it. For the granting of a license or permit -- the yielding of a particular privilege -- ***and  the acceptance by the Meadors was a contract***, in which ***it was implied*** that the provisions of the statute which governed, or in any way affected their business, and all other statutes previously passed, which were in pari material with those provisions should be recognized and obeyed."

> "When the Meadors sought and accepted the ***privilege, the law was before them*** {can the same be said for ***social security and/or drivers license*** ?? --   ed}. And can they now impugn the constitutionality or refuse to obey its provisions and stipulations and so exempt themselves from ***the consequences of their own acts*** ??

Further, this sort of government gobbledygook often serves to strip from an "applicant for benefits", albeit *without* either his knowledge or consent, via *fiction of law*, his status & standing to bring de jure issues of Constitutional law (see ***Ashwander v TVA 297 US 288,341 et seq.***, Brandeis, J, concurring) and have his day in (an *Article III*) court that the Constitution was ordained and established to provide (see e.g. ***Cohens v Virginia 6 Wheat 264***), ostensibly as a matter of redress of grievance (also *secured* by the Constitution !).

Accordingly it is manifest that the need for indemnification on your part is an *essential* element of the process and must be in place *before* I can fill out and/or sign any government documents that could otherwise have a deleterious effect on *inalienable, Creator endowed,* rights *secured* by the Constitution.

Additionally, there is cause for concern that a meek submission to the unlawful demands of government will also subject me, and all like situated, to random drug testing where it is highly improbable that I am even a "person" within the meaning of the Uniform Controlled Substances Act or other de facto legislation, where federal, or even "state", jurisdiction is dubious at best and where there exists no grounds for such testing given the nature of my duties at work (as might be the case for a bus driver, cabbie or like worker charged with the safety of the public).

Now it should be borne in mind that not only does the company, acting as an agent for the de facto government, have the obligation to provide any and all lawful authority for all it's requests, but also that having an *inalienable right* to redress of grievance as a lawful de jure State Citizen this right would be destroyed by the failure to provide such authority(ies) in order that they might be subjected to judicial scrutiny.

_____

William Henshall

EXHIBIT E

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA
650-255-3078

IN THE SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

William Henshall,                )

                                 )    CASE No. 465862

            Plaintiff            )

                                 )

    vs.                          )    Exhibit "E"

                                 )

Central Parking Inc.             )    Plaintiff's Birth

New South Parking Inc.           )    Certificate document

                                 )

                                 )

Does 1 thru 50                   )

                                 )

            Respondents          )

                                 )

                                 )

                                 )



**BIRTH CERTIFICATE**

Washington Sanitarium and Hospital
Washington, D. C.

**This Certifies**

That

William Richard Henshall

was born to

Margaret Marie and Benjamin Herald Henshall

in the

Washington Sanitarium & Hospital      at

City of   Takoma Park      State of   Maryland

Tuesday      the      21st day of      September      A. D. 19 48

**In Witness Whereof** this Certificate has been signed by the attending Physician, who has caused the Seal of said Hospital to be hereunto affixed and has caused it to be duly witnessed.

Witness to signature

EXHIBIT F

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

IN THE SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

William Henshall,                           )
                                            )
                                            )     CASE No. 465862
            Plaintiff                       )
                                            )
                                            )
        vs.                                 )     Exhibit "F"
                                            )
Central Parking Inc.                        )     Plaintiff's  Timecard
                                            )
New South Parking Inc.                      )     for pay period ending
                                            )
                                            )     *July 15th, 2007* issued
Does  1 thru 50                             )
                                            )     by Respondents
            Respondents                     )
                                            )
                                            )
                                            )
                                            )

**HENSHALL, WILLIAM**
**HIRE DATE: 07/26/1990**
**First Payroll of July 2007**
**INITIAL HOURS DAILY**

NAME _____

Period Ending _____    No. _____

| | # | |
|---|---|---|
| 1 - 16 | | 7:45 07/01/07 |
| | | 11:51 06/30/07 |
| | | 4:13 07/01/07 |
| | | 8:15 07/01/07 |
| 2 - 17 | # | _____ |
| | # | _____ |
| 3 - 18 | # | _____ |
| | # | _____ |
| 4 - 19 | # | _____ |
| | # | _____ |
| 5 - 20 | # | _____ |
| | # | _____ |
| 6 - 21 | # | _____ |
| | # | _____ |
| 7 - 22 | # | _____ |
| | # | _____ |
| 8 - 23 | # | _____ |
| | # | _____ |

| REG. TIME | |
|---|---|
| OVER TIME | |
| TOTAL | |

EXHIBIT G

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

IN THE SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

William Henshall,                    )
                                     )
                                     )    CASE No.  465862
          Plaintiff                  )
                                     )
                                     )
          vs.                        )         Exhibit "G"
                                     )
Central Parking Inc.                 )    Plaintiff's  "Ashwander
                                     )
New South Parking Inc.               )    Question" letter
                                     )
                                     )    submitted to Respondents
Does  1 thru 50                      )
                                     )    in support of claims made
          Respondents                )
                                     )
                                     )
                                     )
                                     )

To: Eric Loudin

From: William Henshall

In Re: Ongoing situation

Date: July 4th, 2007

This is to thank you for taking the time, most especially without notice and, serendipitously on the anniversary of the independence of the Nation which I am striving to restore, to discuss the situation with government forms with me and for making a prompt transmittal of documents submitted by me on these issues to corporate headquarters.

To reiterate my position, I have not refused to fill out any of the demanded forms, rather I have relied upon my rights as a State Citizen as secured by the ***Constitution for the united States {1787•1791}*** with the result that a threshold has been reached, *combining status & standing, jurisdiction & venue, and law and facts which create a unique opportunity to assert such rights and not only stem the tide of the martial law rule under which we have too long suffered (see e.g. **Essays on Emergency Powers Congressional Record Senate Vol 119 Part 129 (1973 !!))** but to outright reverse it and restore the Nation & Republic ordained and established by our forefathers.

It occurred to me after our meeting that given the abundant legal resources no doubt possessed by the company, that they might be able to provide the answer to the following question that, if in the *negative*, would permit the filling out of allegedly applicable forms thereby permitting me to return to work:

'If presented with the requested information about the legal authority mandating the filling out of such forms, and ancillary consequences thereof, and agreeing to so act, albeit under duress and coercion while reserving the right of a *judicial* determination of the constitutionality of such authority, would there accrue any negative consequences as to either my status and standing to seek such judicial review or any loss of the essential *case or controversy* element as set forth in *__Article III__* of the *__Constitution for the united States {1787-1791}__* in order to obtain the same ?

      I know the language of this question must seem grotesque but it is accurately phrased so as to be "justiciable" in the courts (see accompanying document). More simply put:

      Can the *de facto* national government compel a *de jure* State Citizen to apply for a social (in)security account number, which application would strip him of his State Citizenship and "volunteer" him into a *military* venue where the government can tax his *property* in the form of time & labor in *ANY* amount in it's unfettered discretion without such State Citizen being able to seek judicial process to review the constitutionality of such actions ??

      Even better:

      How could any of this be done by the government of the Nation & Republic ordained and established to have *defined and limited* powers and those only by virtue of the "*consent* of the governed" (*__Declaration of Independence__*) ??

      How could such State Citizen manage to provide for the necessaries for his continued physical existence and *NOT* be construed to have volunteered into a *federal military venue* ??

Another thought suggests itself: as I can prove, ***beyond a reasonable doubt,*** in any common law court of general jurisdiction ***who*** I am and what my status and standing was prior to the 'enactment' of the 14th "amendment" (and continues to be today), what more could be legally required by the de facto government even if attempting to invoke some or another "emergency" act (the ***Patriot Act,*** an ingenious and fraudulent usurpation by Congress, preying upon the fears of the public, jumps immediately to mind here) for the protection of "national security" ??

Hopefully this will help to clarify the issues present and explain why I am so passionate in my denial of the exercise of powers by the de facto government not granted by the Constitution.

I eagerly await my opportunity to present my case to those having such charge of the same in the home office. Please advise as soon as such contact might be arranged

Sincerely,

/s/

William Henshall
650-255-3078

EXHIBIT H

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

IN THE SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

William Henshall,                    )
                                     )
              Plaintiff              )     CASE No. _465862_
                                     )
                                     )
                                     )
       vs.                           )          Exhibit "H"
                                     )
Central Parking Inc.                 )     Plaintiff's "IRS_Ruse
                                     )
New South Parking Inc.               )     letter submitted to
                                     )
                                     )     Respondents in support
Does  1 thru 50                      )
                                     )     of claims made
              Respondents            )
                                     )
                                     )
                                     )
                                     )

To:  New South Parking

From:  William Henshall

In Re:  I-9; W-4

Date:  July 9th, 2007

As you are soon likely to discover the soundness of the position advanced by myself vis-à-vis the "employment" process, there is yet another matter which might arise that should be addressed now.

Without a social (in)security account number there seems to be a mysterious manner in which the de facto government presumes that an "applicant for "employment"" is somehow, despite a lack of either a nexus to the tax system or consent to be governed thereby, among other things, a "taxpayer", "individual", an "employee" and even, perhaps, a "United States citizen" or, in the alternative, one having a lesser status than this such as an immigrant, alien, or other entity *totally* subjugated to the powers of the *national* government, yet again via the good ol' *fiction* of law.

Thus when a lawful de jure, jus sanguinis and jus soli free white State Citizen raises a successful challenge to the alleged requirement to have a social (in)security account number, it still appears likely to ensue that the company with be *ordered*, on who knows what authority, to treat such State Citizen as an "employee" and withhold for zero or one "dependent".

Remember that no mention is made by the 'law' of white (State) Citizens, the same Citizens whose rights were invoked by Congress in the first Civil Rights Act (14 Stat. 27, 1866) as the *standards* for civil rights proffered by the statutory scheme !

Page 1  of  4

( and where can we look today for a guide as to what civil rights are available now in the *absence* of any standard ??)

What point in winning on the social (in)security issue, if the same tax can be levied in any event ?? Can the de facto national government thus conscript the *entirety* of the property of State Citizens, not to mention everyone else, *without judicial process*, to be placed at the disposal of Congress and/or the Executive department of government *not* in time of war, insurrection, or rebellion ??  (and even *in* such a time period for that matter !)

As a rock ribbed advocate of States Rights in the federative Republican system of government ordained and established by the *Constitution for the united States {1787-1791}*, I believe the words of Justice William O. Douglas, significantly an appointee of *FDR*, in the case of *Maryland v Wirtz 392 US 183*  ring true:

Yet state government itself is an "enterprise" with a very substantial effect on interstate commerce, for the States spend billions of dollars each year on programs that purchase goods from interstate commerce, hire employees whose labor strife could disrupt interstate commerce, and act on such commerce in countless subtle ways. If constitutional principles of federalism *raise no limits to the commerce power* where regulation of state activities are concerned, could Congress compel the States to build super-highways crisscrossing their territory in order to accommodate interstate vehicles, to provide inns and eating places for interstate travelers, to quadruple their police forces in order to prevent  [p*205] commerce-crippling riots, etc.?  Could the Congress virtually draw up each State's budget to avoid "disruptive effect[s] . . . on commercial intercourse."?  *Atlanta Motel v. United States, 379 U.S. 241, 257*.

If all this can be done, then the National Government *could devour the essentials of state sovereignty, though that sovereignty is attested by the Tenth Amendment.*  The principles which should guide us in this case are set forth in the several opinions in New York v. United States, supra.  As Mr. Chief Justice Stone said there, the National Government may not "interfere

unduly with the State's performance of its sovereign functions of government." 326 U.S. at 587. It may not "impair the State's functions of government," id. at 594 (dissenting opinion of MR JUSTICE DOUGLAS, joined by MR. JUSTICE BLACK). As Mr. Justice Frankfurter observed, "[t]here are, of course, State activities . . . that partake of uniqueness from the point of view of intergovernmental relations." Id. at 582.

This alarming trend has continued unabated to the present day, in the face of further concern by the Court:

"Although the Court's opinion purports to recognize that the States retain some sovereign power, it does not identify even a **_single_** aspect of state authority that would remain when the Commerce Clause is invoked to justify federal regulation (and taxation ??! -- ed). In **_Maryland v. Wirtz, 392 U.S. 183 (1968)_**, overruled by National League of Cities and today reaffirmed, the Court sustained an extension of the FLSA to certain hospitals, institutions, and schools. Although the Court's opinion in Wirtz was comparatively narrow, Justice Douglas, in dissent, wrote presciently that **_the Court's reading of the Commerce Clause would enable the National Government [to] devour the essentials of state sovereignty_**, though that sovereignty is attested by the Tenth Amendment.

Today's decision makes Justice Douglas' fear once again a realistic one." (me, too !! -- ed)

### _Garcia v San Antonio Metro Transit 469 US 528_

Justices Powell, Rehnquist, O'Connor, and Burger* (!) dissenting

*(even the Chief "donut" agreed with this argument !?)

Moving on to tamer ground, as indicated in our conversation, I stand ready **_at any time_** to speak with any trained legal representative(s) of the company on these subjects, likely via phone, and at present, with my sister making a rare visit from Connecticut, and other ancillary family matters, it could occur that I will be far away from SFO and unable to come in for such a phone call.

My cell phone, however, will be *fully* charged, enabling such a conversation to occur the moment it is possible to do so, and I will, contrary to my well known principle of *"family first"*, cheerfully interrupt any such affairs in order to seek a resolution to the current situation, such are the stakes for "Our Posterity" and the survival of the Nation & Republic.

Sincerely,

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA
650-255-3078/cell

Page 4  of 4

EXHIBIT I

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

**IN THE SUPERIOR COURT OF CALIFORNIA**

**IN AND FOR THE COUNTY OF SAN MATEO**

| | |
|---|---|
| **William Henshall,** | ) |
| | ) |
| | )    CASE No. 465862 |
| Plaintiff | ) |
| | ) |
| | ) |
| | ) |
| vs. | )    Exhibit "I" |
| | ) |
| Central Parking Inc. | )    Plaintiff's  draft of |
| | ) |
| New South Parking Inc. | )    affidavit for submission to |
| | ) |
| | )    IRS by Respondent to |
| Does  1 thru 50 | ) |
| | )    exonerate Respondent |
| Respondents | ) |
| | )    from liability(ies) |
| | ) |
| | ) |
| | ) |

To:  Internal Revenue Service

From:

In Re:  Request for "identifying number"

Date:


Please be advised, pursuant to *Treasury Dept. Reg. 301-6109-1(c)* that we have requested the "taxpayer identification number" of William Henshall apparently as mandated by 'law', but no such identifying number has been provided pursuant to this request by Mr. Henshall.

Accordingly, this affidavit to this effect is provided pursuant to *Treasury Dept. Reg. 310-6676-1* in order that any fines and/or penalties for failure to comply with such request will *NOT* be assessed against the requesting party (us) as we have thus discharged fully whatever obligation might exist to obtain requested information that has not been provided.

This declaration is made under penalties of perjury of any applicable laws.


_____

EXHIBIT J

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA
650-255-3078

IN THE SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

William Henshall,                    )

                                     )

            Plaintiff                )    CASE No. 465862

                                     )

                                     )

                                     )

    vs.                              )    Exhibit "J"

                                     )

Central Parking Inc.                 )    Plaintiff's "RID" letter

                                     )

New South Parking Inc.               )    to Rep. Tom Lantos

                                     )

                                     )

Does 1 thru 50                       )

                                     )

            Respondents              )

                                     )

                                     )

                                     )

To:   Tom Lantos
U.S. House of Representatives

From: William Henshall

In Re:  "Real ID Act of 2005"

Date:  February 15, 2005

    Having read the text of Title II "Improved Security for Drivers' Licenses and Personal Identification Cards" of the proposed "*Real ID Act of 2005*" ("RID"), several questions arise as to the application of such terms and conditions to lawful de jure State Citizens and the jurisdiction and venue, not to mention clause(s) of the ***Constitution for the united States {1787₁ 1791}*** invoked to sustain it's constitutionality, most especially if attempted to be applied to such lawful de jure Citizens.

    As may be assumed from the many textual references to *aliens* throughout, it may be safely concluded that the power of Congress over Naturalization (***Article I, Section 8, cl.4***) is necessarily invoked here and, as applied to aliens or immigrants, it seems unlikely that any issues of Constitutionality arise.

    It's this business with the Secretary of "Homeland Security", a gigantic boondoggle if ever there was one, where the difficulties evidently arise with regard to the issuance of "state" drivers'

licenses or ID cards.

I note that ***Section 202(2)(c)(1)(C)*** of RID specifies "Minimum Issuance Standards" for these documents ***requires*** "proof of the person's social security number or verification that the person is *not* eligible for a social security account number".

I cannot but wonder what would constitute verification that the person is *not* eligible for a social security account number as this ostensibly relates to (a) "persons" subject to the terms and conditions of ***RID*** or (b) others not subject to ***RID***.

Further noted in Section ***202(2)(c)(2)(B)(i-ix)*** is the fact that the only possibly applicable ***required*** provision to a lawful de jure State Citizen to obtain a license or ID is that he or she is a "citizen of the United States".

My understanding is that the only statutorily codified and recognized definition of "citizen of the United States" is in ***8 USC 1401(a)*** which language is identical to Section 1 of the 14th "amendment" and thus must have the same meaning.

Research on the subject of Citizenship and Nationality has disclosed that as a lawful de jure free white State Citizen my Citizenship does not arise from any provision of the 14th "amendment" (See e.g. *Scott v Sandford 13 How 393, Minor v Happersett 21 Wall 162, Van Valkenburg v Brown 43 Cal 43*).

Further research on the subject of the issuance of a drivers' license or ID card shows *clearly* that these documents can be issued to a "person" only upon a showing that *his presence in the United States is authorized by federal law* (*Nowlin v DMV 53 C. A. 4th 1529, Lauderbach v Zolin 35 C. A. 4th 578, Hershey v DOT 669 A 2nd 517*).

This sort of requirement seems anomalous, if not unconstitutional, if applied to a lawful de jure State Citizen who is a Citizen by the common law maxims of jus soli and jus sanguinis and *domiciled* in one of the Several States as a Citizen thereof.

As a member of the Sovereign Body Politic and "Our Posterity" which formed both the States and the united States it seems, to use the vernacular, specious, frivolous, and without merit that such a Citizen should be required to have permission from the federal government to justify his presence in a State or, arguably, even in a federal territory which might be subject to more

regulation and control by Congress (*__Article IV, Section 3, Downes__*
*__v Bidwell 182 US 244, Duncan v Kahanamoku 327 US 304__*).

All of this, and then some (!), leads to the inevitable
conclusion that a lawful de jure State Citizen is not a "person"
required to have either a drivers' license or 'state' ID card and this
does not even take into account that the application for a social
security account number is, by it's own clear and unambiguous
terms, *__voluntary__* in nature (See *__42 USC 302(a)(8)__*).

If there are errors in any of these arguments, it would be
greatly appreciated if the same were pointed out along with lawful
authority that would render them incorrect. Should they, however,
be right then I will need to know how to establish, as a matter of
law and documentation, that I have this status in order, among
other things, to defeat the exercise of a jurisdiction "foreign to our
Constitution and unacknowledged by our laws" each and every
time it is attempted to be used against me.

Please address all correspondence to me at my address _*exactly*_ as it appears below.

Constitutionally,

William Henshall
_**First Judicial District**_
P. O. Box 281676
San Francisco, California, USA

EXHIBIT K

EXHIBIT L