William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

IN THE SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| William Henshall, | ) |
| | ) |
| | ) CASE No. 465862 |
| Plaintiff | ) |
| | ) |
| | ) |
| | ) |
| vs. | ) Exhibit "L" |
| | ) |
| Central Parking Inc. | ) Plaintiff's  letter to |
| | ) |
| New South Parking Inc. | ) Sec. State C. Rice of |
| | ) |
| | ) May 2005 |
| Does  1 thru 50 | ) |
| | ) |
| Respondents | ) |
| | ) |
| | ) |
| | ) |
| | ) |

To:  C. Rice
     Secretary of State
     Washington, DC


From:  William Henshall

In Re:  Passport application procedures

Date:  May 17, 2005

While this is not the first time these matters have been brought to the attention of this office, one having, arguably in the de jure government, the authority to entertain them and provide opinions, if not decisions as to the legal points involved, there is now further information that was not previously known by me as to some of the issues necessarily involved, most especially as to status and standing and more particularly as to individuals having my ostensible status as ***stateless***, and/or an alien, however ***involuntarily*** constituted, despite what I had heretofore supposed to be the lawful de jure jus soli and jus sanguinis status of a free white State Citizen (See e.g. ***Scott v Sandford 19 How 393, Van Valkenberg v Brown 43 Cal 43, Minor v Happersett 21 Wall 162***).

As this office is well aware, it is to effect a remedy for this stateless condition that I made, on or about the 31st day of July 2000, a lawful renunciation of my United States "citizenship", insofar as it might be construed to be derived from the 14th "amendment", having the full lawful authority to so act and, if regarded as necessary, the full sanction of the law as well (see e.g. *15 Stat. 223, R.S. 1999, 14 Op. Atty. Gen. 295*).

Upon the occasion of such renunciation, I received from this office a courteous, if ***non-responsive*** reply, that simply failed to address any of the grave questions of Constitutional law that are necessarily present in such circumstances.

Coming to the present issue of how one of my status can apply for, and receive, a united States passport, in particular furtherance of one's ***right to travel***, a right secured as long ago as the ***Magna Carta (1215)*** (see e.g. ***Kent v Dulles 357 US 116*** ) but not "agree", via ***fiction of law*** or otherwise, to having one's status reduced from a lawful de jure State Citizen to a de facto United States "citizen", no answers have been forthcoming from this office, as one might suppose it has the duty, as a matter of redress of grievance if nothing else, to provide.

As you know, there is a section on the application that is
*required* to be filled out and signed *under penalty of perjury*,
confirming that the applicant is a "United States citizen", yet under
no definition of this term in use at present, of which I am aware,
can I be said to possess such "citizenship". If I am a Citizen of the
united States it results from the fact that I am a lawful de jure State
Citizen (*Article IV, Section 2*) and not from any act of the national
government which is without either power or authority in this area,
save for the 14th "amendment" in the event that it withstands an
attack upon it's application, if not constitutionality, by a claimant
having the *proper status and standing* to make the challenge.

Even more sanguine here is that the exact same argument is
available as against being denied the *right to vote* and in the
absence of having one's voice being heard, one wonder's just what
*fiction of law* the de facto government uses to presume that it has
"the consent of the governed" of those denied this right (such as
the millions of white southerners immediately after the conclusion
of the War between the States, *unrepresented* and oppressed by the
many Acts of the venal 39th Congress spearheaded by the traitors
Thaddeus Stevens, Charles Sumner (who at least received some
retribution for his violation of his oath of office), Roscoe Conkling
and the like).

As such, in view of the decisions of the supreme Court of the united States in the cases of *__Perez v Brownell 356 US 44__* [*], *__Trop v Dulles 356 US 86__* [*], *__Rogers v Bellei 401 US 815__* [*], *__and, most egregiously, Shaughnessy v Mezel 345 US 206__* [*], it would appear that without the issue of my de jure status being resolved that should I venture outside the borders of the United States or, worse, be removed from the united States by de facto authorities (See Marcello, Carlos; Lansky, Meyer), upon attempted reentry I could be held, *__indefinitely__*, as an undesirable *__enemy alien__* and/or pose a danger to the "public interest", on the naked and unsupported assertion of the Attorney General *__without the right to know either the basis for the denial or even an administrative, let alone judicial, hearing__* such as it might be assumed that the *__Constitution for the united States {1787-1791}__* mandates.

Now, with the enactment of the ingeniously misnamed "*__Patriot__* Act" who knows what unlimited powers the executive branch of government thinks it has to control "terrorism" and maintain the "safety" of the United States borders. Why as an advocate for the status of a free white man and State Citizen, as known and understood by the framers of the Constitution, I, and all like situated for that matter, could be considered threats to the "security" of the United States or, more accurately, the *__national socialists__* lurking behind, but in complete control of, the de facto

government.

And if you are perceived as a "threat" to the United States, who knows what can happen to you (see e.g. Ruby, Jack; Brussell, Mae; deMohrenschildt, George; Ferrie, David; Sherman, Mary; Boggs, Hale; and, of course, the piece de resistance, JFK).

Now I might hasten to point out that in none of the decisions cited, or in any others in my many sojourns through the judicial history of the Republic, have I found any cases that challenge at least the applicability, let alone constitutionality, of the 14th "amendment" and the *federal regional martial law* spawned pursuant thereto which has kept the Republic in, as a practical matter, one state of "emergency" after another for the past *138 years*, the invocation of which has destroyed the Several States and rendered them nothing more than *federal regional legislative territories* subject, for all apparent intents and purposes, to the *unfettered* discretion of the *National* Congress to rule (See e.g. *American Insurance v Canter 1 Peters 511*).

Furthermore, I am simpatico with the Ashwander 'Doctrine' established by the supreme Court regarding it's rules for hearing and deciding cases that come before it for decision (see e.g. *Ashwander v TVA 297 US 288,341* <sup></sup>) and believe that, if and when the time comes, I can successfully defeat any actions taken against me by the de facto government, but the ***loss of personal liberty*** while so doing could be prohibitive and it's with this type of concern in mind that I am re-submitting these issues to this office, notwithstanding either the nature of the office nor the fact that the fox is in the henhouse, so to speak, and that there might well be an agenda against the recognition of the status of a lawful de jure State Citizen.

And if I may be permitted a few words on the subject of policy and priorities, it would seem that close attention to domestic matters, most especially of the type presently under discussion, would do far more to advance the causes for which this office was ordained and established than the current globe-trotting and gallivanting, particularly in the oil-rich Middle East, to do nothing more than protect the interests of, in effect, Standard Oil New Jersey, in an area in which our military presence is ***sorely lacking*** in any apparent Constitutional imprimatur, at least in my copy of that august document.

Hopefully this time some answers will be forthcoming so that if the powers exercised and claimed to be present pursuant to some or another provision of the Constitution can be known and subjected to whatever modifications and amendments necessary to restore the Republic and end, in effect, the ***domestic terrorism*** (national socialism) run wild these last ***70 years*** in particular.

A final note on the 'war' on "terrorism": at what time did wars cease being against other antagonistic Nations, not to mention in defense of American shores, and involve protection of corporate property interests (if corporations could be said to have any property interests cognizable by the Constitution) and be waged against ***ideas***, yet another ***fiction of law*** against, in effect, a wisp of smoke and an "enemy" incapable of defeat with this "war" like it's many brethren (the "war" against poverty jumps immediately to mind, not to mention the "war" in Vietnam and the Korean "war") being not only unwinnable but ***designed to be lost on purpose*** ???

I have taken the liberty to enclose a copy of another attempt at redress of grievance sent to Rep. Lantos, albeit without even being in any sense a constituent member of that electoral district the hopes that a multi-faceted approach to the difficulties might produce some substantive results which after 20+ years I think I am entitled. If I am wrong on any issue presented, it should be easy

to show me where and why.

In the event that a reply, hopefully substantive and responsive, is forthcoming to these inquiries, please send the same to me at my address exactly as it appears below.


Constitutionally,


_____/S/_____

William Henshall
***First Judicial District***
P. O. Box 281676
San Francisco, California, USA


\*      de facto 14th "amendment" decisions all, used for purposes of illustration only, not for precedential value as to any de jure claims that might come before the Court for decision

EXHIBIT M

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

**IN THE SUPERIOR COURT OF CALIFORNIA**

**IN AND FOR THE COUNTY OF SAN MATEO**

**William Henshall,**                    )

                                         )

                                         )       CASE No. 465862

                   Plaintiff             )

                                         )

                                         )

           vs.                           )       Exhibit "M"

                                         )

Central Parking Inc.                     )       Plaintiff's  Rescission of

                                         )

New South Parking Inc.                   )       Social Security Account

                                         )

                                         )        of August 1998

Does  1 thru 50                          )

                                         )

                   Respondents           )

                                         )

                                         )

                                         )

                                         )

William R. Henshall
**_First Judicial District_**
P.O. Box 281676
San Francisco, California

### Rescission of Social Security Policy and Application; Notice by Affidavit

State of California     }
                    }    Affirmed
County of San Mateo   }

I, the undersigned, being a **_Free White Citizen in the State of California_** and thereby in the united **States** of America, do hereby affirm, declare, and give notice that:

1. I, William R. Henshall, am of lawful age and competent; am a natural born Free White Citizen in the State of California and thereby in the united States of America in fact, by **_Right of Heritage_** , within the State of California, protected by the **_Original, Organic Constitution for the united States (1787/1791) including it's Preamble and Bill of Rights_**; retain **_unalienable Rights of God_** in the positive Law embodied by the **_Declaration of Independence (1776),_** binding upon myself and my parentage this day and for all time and;

2.   That there exists, to the best of my knowledge and belief, no state of ***insurrection or rebellion*** among the Several States nor any state of war which would mandate the declaration of ***Martial Law in any of it's various forms*** and that the courts of the Union and of California are open for the transaction of business;

## Statement of Original Status

3.   I, William R. Henshall, a free white male, was born on September 21, 1948 in the County of Prince Georges, in the State of Maryland, a State of the united States of America; and

4.   I, William R. Henshall, was sired by Benjamin Harold Henshall Jr., a free white male born on November 25, 1919 in Maryland, a State of the united States of America; and

5.   I, William R. Henshall, was given birth by Margaret Marie Davis, a free white female born on April 27, 1921 in (West) Virginia, a State in the united States of America; and

6. Benjamin Harold Henshall Jr. and Margaret Marie Davis were one, *joined in the state of Holy wedlock at the time that William R. Henshall was born to them;* and

7. Benjamin Harold Henshall Jr., William R. Henshall's father, was sired by Benjamin Harold Henshall Sr., a free white male born circa 1886 in the City of Bridgeton in the State of New Jersey, a State in the united States of America; and

8. Benjamin Harold Henshall Jr., William R. Henshall's father, was given birth by Hilda Benson, a free white female born in 1892 in the City of Olney, County of Montgomery, State of Maryland, a State in the united States of America; and

9. Benjamin Harold Henshall Sr. and Hilda Benson were one, joined in the state of Holy wedlock at the time Benjamin Harold Henshall Jr. was born to them; and

10. Margaret Marie Davis, mother of William R. Henshall, *was sired by Claude Franklin Davis Sr., a free white male born in August 1, 1892 in the City of Bluefield, County of Mercer, State of (West) Virginia,* a State in the united States of America; and

11. Margaret Marie Davis, mother of William R. Henshall, was given birth by Arra Catherine Brooks, a free white female, born April 14, 1898 in the City of Tiptop, County of Tazewell, State of Virginia, a State in the united States of America; and

12. Claude Franklin Davis Sr. and Arra Catherine Brooks were one, joined in the state of Holy wedlock at the time of the birth of Margaret Marie Davis; and


## Statement of Cause


13. Social Security (FICA, OASDI, or however else denominated) is a ***voluntary*** social insurance scheme which, by submission, suborns me, William R. Henshall, an otherwise free white natural native born Citizen in the State of California and thereby in the united States of America, into the Federal jurisdiction that has been created within the ***regional*** governmental concepts to divest the ***Posterity*** of their birthright in the Statute of 1776 (***Declaration of Independence*** and of the protections of the ***organic Constitution for the united States (1787-1791)*** and to reduce the Posterity to ***mere subjects*** of the government of the United States to be bound,

ostensibly, in ***all cases whatsoever by it's legislative and/or executive acts*** and thereby reduce the Sovereignty of the Several States to no effect and to rule the States in the regional venue of centralized government through the agency of the ***national socialist statutory scheme known as Social Security and it's legislative/executive brethren*** and;

14. The Social Security statutory scheme is deployed to limit my title of "Citizen" with intent, *through **misrepresentation and fraud**,* to impair, extort and divest me of my God given natural unalienable Rights *otherwise protected by the limitations set forth in the Organic Law for the united States of America, by* ostensibly ***requiring me through uninformed, implied and direct consent (submission)*** to surrender or limit the effect of my title of American Citizen, to accomplish ends wholly beyond the sphere and boundaries marked out by the ***Declaration of Independence (1776)*** and the ***Constitution for the united States {1787/1791}*** and

15. The Social Security statutory scheme is a stealthy encroachment on, and an easy method by which to circumvent, the limitations and guarantees provided by "We the People" in the Organic Law of the Nation against singular centralized government, specifically,

but not limited to, the limitations and guarantees against abridgment and/or subornation of my Inalienable and Unalienable God given Rights, as expressed in the ***Declaration of Independence (1776),*** as set out in the original ***Constitution for the united States {1787-1791}*** as earlier expressed in the ***Declarations of Rights of 1765 and 1774*** of the First Continental Congress;  and

16. Participation in the statutory scheme known as Social Security, a social insurance scheme, and the agency (power of attorney) thereunder, is an attempt by the government to ***compel*** me into a joint venture, with ***regional (interstate and/or international)*** statutory implications, of an intragovernmental nature, in the unauthorized jurisdiction(s) that now exist in the United States***, codified*** pursuant to declaratory "amendments" to the ***Constitution for the united States {1787-1791}***;  and

17. Only by my ***informed consent*** (e.g. ***... consent of the governed -- Statute of 1776***) can the government exercise any unauthorized intragovernmental authority or jurisdiction over me, in the jurisdiction(s) outside the limitations of the Organic ***Constitution for the united States (1787-1791),*** and

18.	All power (right) belongs within myself, to accept or deny such exercise or control, in areas of law which are not within the jurisdiction of the Organic *Constitution for the united States {1787-1791}* and the *Constitutions of the Several States*, that could pertain, or purport to pertain, to myself as one of "We the People" of the *Preamble to the Constitution for the united States {1787-1791}* which power (right) is protected as set forth in the *Ninth Article of Amendment to the Constitution for the united States {1787-1791}*; and

19.	I was deceived into believing that I was *required, or could be required*, to obtain a social security number in order to exercise my basic rights of *Life, Liberty, and the Pursuit of Happiness* ;  and

20.	The application for such social security account number (SS-5) contains *neither warning nor explanation of it conditions and implications nor does  it set forth wherein the same might be discovered*; and

# *Rescission for Cause*

21.    WHEREFORE formal notice is hereby given that I,
William  R.  Henshall, a free white American Citizen
and  member of the Posterity as set forth in the
Organic Law of the Nation was, in fact, duped,
deceived, and  misled into an act of submission,
without my ***informed consent***, by the schemes,
devices, and plans of the government of the United
States and it's agents and agencies, do hereby
***Rescind,  Repudiate, and  Cancel*** the application for
the aforesaid social security account number and ***all
obligations and "benefits"*** therewith associated and
reclaim my title as  a free white Citizen of the State of
California and ***thereby*** in the  united States of
America and co-heir to   the Declaration of
Independence (1776) and do hereby rescind said social
insurance account and number  -----------, and the
agency thereby represented, and specifically deny any
consent whatsoever to be governed by a jurisdiction
***foreign to our constitution and unacknowledged by
our laws*** for the past, this day, and for all time;  and

22.    WHEREFORE notice is given that I, William R.
Henshall, hereby repudiate all statutory benefits and
obligations associated with such social security

account number and statutory scheme; that I *absolutely* will not use accounts established thereunder, identifying numbers and/or other identifiers which represent, in whole or in part, said account and that I will not apply for, receive, collect, or attempt to apply for, receive or collect, any privilege or benefits established under said social insurance scheme whatsoever; and that the numbered account will be treated as though it had never been applied for or established as fully as if the same had never been applied for or assigned; and

## *Intent*

23. My intent is to be a free lawful Natural Citizen of California and *thereby* of the united States of America and co-heir to the Organic Law as stated in the *Declaration of Independence (1776)* and as restated in the *Preamble to the Constitution for the united States {1787/1791}*, which pursuant to Organic Law I am in fact; to claim my God given rights declared by the Statute of 1776, and the limitations upon government as set out in the Original *Constitution for the united States {1787/1791}*, and to re-establish myself as an American Citizen *de jure jus*

*soli and jus sanguinis* and of preserving the ***Republic*** established by the Founding Fathers of the Nation by the ***Constitution for the united States {1787- 1791}*** and

24.  The statements and information contained herein are true of my own personal knowledge and/or to the best of my knowledge and belief and are set forth for cause, superseding any previous denials of the aforementioned that I may have made to date; and my signature and seal hereafter are ***voluntary Acts*** of my own hand; and

# Notice to Trespassers

25.      This is notice to all who would subject me to a deprivation of my rights and corresponding responsibility, as an American Citizen, pursuant to the ***Statute of 1776 (Declaration of Independence).*** All claimants have ***30 days from the date of receipt*** of this "Notice by Affidavit" to make any claims such claimants may wish to assert in a court of organic ***Article III judicial authority*** ; failure to do so is an admission of all of the facts as herein asserted and will operate as an estoppel via laches upon all comers. Any further deprivation of my vested Rights as an American Citizen by any governmental agent(s) or agency(ies) will be, by it's taking place, a declaration of Mixed War between codified statutory law (Federal Regional Martial Law) and

common law, waged against me, by whatever person or entity
who might commit such trespass , and will be remedied by
whatever action is necessary and lawful taking into account
the moral gravity and seriousness of the deprivations in the
particular instance; and

## _Further Affiant Sayeth Not_

     Subscribed and affirmed _**nunc pro tunc**_ on the
date of my attaining majority, September 21, 1969 and,
_**nunc pro tunc ab initio**_ as regards the application for the
aforementioned social security account number.

/s/

Subscribed, sealed, and affirmed this 1st day of

August, 1998 Anno Domini in the County of San Mateo,

State of California.


_____

William R. Henshall
***First Judicial District***
P.O. Box 281676
San Francisco, California

EXHIBIT N

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA
650-255-3078

# IN THE SUPERIOR COURT OF CALIFORNIA

# IN AND FOR THE COUNTY OF SAN MATEO

William Henshall,                    )
                                     )
                                     )    CASE No. 465862
              Plaintiff              )
                                     )
                                     )
                                     )
        vs.                          )    Exhibit "N"
                                     )
Central Parking Inc.                 )    Declaration of Mary C.
                                     )
New South Parking Inc.               )    Harris (Sister) of identity
                                     )
                                     )    of Plaintiff
                                     )
Does  1 thru 50                      )
                                     )
                                     )
              Respondents            )
                                     )
                                     )
                                     )
                                     )

To:  Whom it may concern

From:  Mary Harris

In Re:  Identification of William Henshall

Date:  July 13th, 2007


Please take notice that this confirms that the signature and thumbprint below for William Henshall are in fact his. He is my *younger* brother born September 21st, 1948 in Takoma Park, Maryland to our parents, Benjamin Harold Henshall and Margaret Marie Henshall nee Davis. All of us are free white State Citizens.

In addition, this is to confirm the data listed in the Henshall Family Bible back to about 1860, of which my brother William is the custodian, and our family history in America on our mother's side that dates back to 1730.


*Mary Harris*
Mary Harris                          (Seal)
46 Frances Ann
Oakville, Connecticut


*William Henshall*
William Henshall                     (Seal)

EXHIBIT O

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA
650-255-3078

## IN THE SUPERIOR COURT OF CALIFORNIA

## IN AND FOR THE COUNTY OF SAN MATEO

William Henshall,                          )
                                           )
                                           )      CASE No. 465862
               Plaintiff                   )
                                           )
                                           )
                                           )
          vs.                              )      Exhibit "O"
                                           )
Central Parking Inc.                       )      Respondent's demand
                                           )
New South Parking Inc.                     )      letter of July 16th , 2007
                                           )
                                           )
Does 1 thru 50                             )
                                           )
               Respondents                 )
                                           )
                                           )
                                           )
                                           )



**New
South
Parking**

San Francisco Airport Branch
P.O. Box 280567
San Francisco Int'l Airport
San Francisco, CA 94128-0567
Phone: (650) 821-7900
Fax: (650) 821-7924

## VIA CERTIFIED MAIL-RETURN RECEIPT REQUESTED

July 16, 2007

William Richard Henshall
P.O. Box 281676
San Francisco, California

Re: Employment Application

Dear Mr. Henshall:

Thank you for submitting your application to New South Parking and attending our
employee orientation last month.  In order for you to work for the company, you need to
provide us the appropriate information so that the I-9 and W-4 forms can be completed.
If you do not provide us this information by Tuesday, July 31, 2007, we cannot consider
you for employment with our company.  We are simply trying to follow our obligations
under the law.

If you have any questions or concerns, feel free to contact me at 650-821-7900
during normal business hours.

Sincerely,

Eric Loudin
General Manager

EXHIBIT P

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA
650-255-3078

**IN THE SUPERIOR COURT OF CALIFORNIA**

**IN AND FOR THE COUNTY OF SAN MATEO**

| | |
|---|---|
| **William Henshall,** | ) |
| | ) |
| | ) CASE No. 465862 |
| Plaintiff | ) |
| | ) |
| | ) |
| vs. | ) Exhibit "P" |
| | ) |
| Central Parking Inc. | ) Plaintiff's letter to |
| | ) |
| New South Parking Inc. | ) Speaker Nancy Pelosi |
| | ) |
| | ) of July 3rd, 2007 |
| Does 1 thru 50 | ) |
| | ) |
| Respondents | ) |
| | ) |
| | ) |
| | ) |

Nancy Pelosi
United States Congress

Dear Speaker --                                     7-3-07

As the representative of the San Francisco district and with
due regard to your recent naming as the Speaker of the House, I am
addressing grave issues of freedom and liberty that have arisen on
the very eve of the anniversary of the independence of the
Republic which threaten to deprive me of my job and, by
extension, *my life* which I hope, with the peculiarly strong
obligations of your current position and the knowledge of one
holding this position of trust, guidance can be sought so as to settle
these matters without the need for protracted litigation.

Indeed, but a few supporting words from you sustaining the
positions I have taken as set forth in the accompanying documents
is sure to bring a swift and satisfactory end to the impasse.

I have worked at the San Francisco International Airport
these past *seventeen years* without incident and with considerable
distinction when one considers the work record that has been thus
established. I daresay that, to a man, none of my many co-workers
would take issue with any matter falling within the domain of work
related issues, though I cannot claim that some might otherwise
disparage me personally for real or pretended reasons of their own.

Upon reporting for work, as I have done all these years, upon
the third day of the regime of the latest vendor for the parking
concession, I was notified, albeit by a curious combination of
circumstances, that my shift had been replaced until further notice
until such time as certain documents had been completed by myself
in ostensible relationship to the new work relationship.

Having made previous assertions, amply supported by many legal authorities, I took, and currently espouse, the position that none of such documents (many by their own terms voluntary) had any application to me as a lawful de jure jus sanguinis & jus soli free white State Citizen (see *Article IV, Section 2* of the *Constitution for the united States {1787-1791}*, with my family heritage tracing back almost 300 years on my mom's side and to at least the time of the War between the States on my dad's, attest *conclusively* to my not being subject to the Immigration & Naturalization powers of Congress, thus obviating the need to fill out a form I-9 which completion, in any event I could not do by apparently lacking any of the de facto identity documents which would satisfy the 'requirements' of such I-9 form.

Indeed, to acquire some of such identity documents (passport and voter registration come immediately to mind) an applicant would be forced to declare, *under penalty of perjury*, that he was a "citizen of the United States". Not being such a 'citizen', as that term is currently defined, I would have no defense to a prosecution for such an act of perjury, I opted to invoke my *right* not to be a witness against myself in a criminal case (5th Amendment -- notably the unpurviewed version thereof -- see e.g. *Boyd v US 116 US 616*) and not apply for a passport or to vote.

As the only statutory definition of such 'citizenship' that I have been able to find emanates from 8 USC 1401(a) which language is *exactly* identical to that contained in Section 1 of the 14th "amendment", it is my position, not without considerable support, that if I am a united States Citizen it cannot in any way be related to these provisions of law.

In addition, it is personally offensive to me and, I believe, obnoxious to the *Constitution*, that a member of "Our Posterity" as mentioned in the *Preamble* to that august document, could

somehow be required to have the permission of the de facto national government to 'engage in "employment"' or even to be considered to have permission to be "lawfully within the United States".

We come next to the W-4 form, promulgated pursuant to some or another statute or regulation dealing with Internal Revenue. Now this form evidently requires the entry of a social (in)security number and thus assumes that one is required to make application for such account number.

This is at sharp variance with the language of both 42 USC 302(a)(8) and 42 USC 405(c) which are the only authorities that I have been able to find dealing with the issuance of such account numbers and, not being an alien nor otherwise subject to the Immigration powers of Congress, I have made no such application.

Further, the passive filling out of a W-4, or, evidently, any other such tax form, amounts to "evidence" that the applicant is, among other things, an "employee", "individual", "taxpayer". "United States citizen", even a "person", *artificial* entities all and thus subject to a system of income taxation *without limitation* (not to mention *without representation* !!) in which the only remedy provided for a "taxpayer" is found in an *Article I tribunal* (the Tax "court") and a system in which there is no right of a trial by jury or any other judicial process, nor access to any *Article III* Courts (see e.g. 26 USC 6305).

And in this system of taxation, *unlimited* by Constitutional fetters if we can believe Chief Justice Marshall's statement in *McCulloch v Maryland 4 Wheat 316* that "the power to tax is the power to *destroy*", a ""taxpayer" has a *zero* interest in his time or labor" (a quotation from a report by the House Subcommittee on Banking & Finance that, alas, I have misplaced my copy and therefore cannot

cite) thus making his income 100% taxable !

In summation, the de facto system of democratic government into which my company, for all intents and purposes, want me to subject myself to is, arguably, in violation of virtually every provision of the *Constitution for the united States {1787-1791} Articles I-VI and Amendments I-X* thereof and the federative republican triune Nation ordained and established by the Framers of the Constitution (see e.g. *Ex Parte Milligan 4 Wall 2*)

Please address all correspondence to me at my address *exactly* as it appears below.

Your timely assistance is solicited and appreciated --

Constitutionally,

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA
650-255-3078/cell

EXHIBIT Q

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA
650-255-3078

**IN THE SUPERIOR COURT OF CALIFORNIA**

**IN AND FOR THE COUNTY OF SAN MATEO**

| | |
|---|---|
| William Henshall, ) | |
| ) | CASE No. 465862 |
| Plaintiff ) | |
| ) | |
| vs. ) | Exhibit "Q" |
| ) | |
| Central Parking Inc. ) | Plaintiff's letters to |
| ) | |
| New South Parking Inc. ) | Assemblyman Mullin |
| ) | |
| ) | of July & Nov. 2005, |
| Does 1 thru 50 ) | |
| ) | and March 2006 |
| Respondents ) | |
| ) | |
| ) | |
| ) | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

To:    Assemblyman Gene Mullin
       San Mateo, California

From:  William Henshall

In Re: Sundry matters of Constitutional law

Date:  July 25, 2005

Having had no success to date with the presentation of grave issues of Constitutional law set forth in the accompanying letters to Congressman Lantos (and also presented to numerous other bureaurats, judges, commissioners, etc. over the past _20 years_), I am placing them before you in the hope that some explanations, if not relief, will at last be forthcoming.

This is so in spite of the fact that not only can I not say with any certainty that I am a constituent to whom such a duty might be owed, but that there may not be any functioning lawful de jure State government from which to seek redress of grievance (and I can make an excellent case that there are _NO_ States such as would be known and understood by the framers of the _Constitution for the united States {1787-1791}_ as I trust these letters will clearly demonstrate).

If you have any questions or need further information, I will make myself available to meet at any mutually convenient time and place. As an ostensible member of the legislative department of one of the Several lawful de jure States, we should be on the same side here, most especially in the effort to return to the States

and the People those powers reserved exclusively to them by the
***Constitution for the united States {1787-1791}.***

Please send all correspondence to me at my address *exactly* as it appears below.

Constitutionally,

_____/S/_____

William Henshall
***First Judicial District***
P. O. Box 281676
San Francisco, California, USA

To:   Gene Mullin
       California Assembly
       Sacramento, California

From:  William Henshall

In Re:  Help America Vote Act of 2002

Date:  March 31, 2006

     In a burst of perhaps unjustified optimism, especially given
the non-responsive record of this office on previous attempts to
seek redress of grievance, I am enclosing a copy of my letter to the
California Secretary of State in regard to the rules and regulations
of the Help America Vote Act of 2002 (HAV) that have recently
become active questioning the application, if not the
constitutionality, of HAV as applied to lawful de jure State Citizens
to illustrate the ***shared*** position that we should occupy as to the
continued erosion of reserved powers of the Several States by the
National ***de facto*** government.

     Perhaps if you can come with any defense for this socialist
statutory scheme such as would provide at least non-frivolous
defense in a judicial court to a challenge of the same, it would be
appreciated to be made aware of it ***in writing and with supporting
legal authorities in support thereof***.

     At least this request should be construed by the Court as a
good faith effort to exhaust remedies that are ***theoretically***
available should the same be thought essential to the issue of status
and standing.

/s/

William Henshall

# EXHIBIT R

EXHIBIT S

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

IN THE SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| **William Henshall,** ) | |
| ) | CASE No. _465862_ |
| Plaintiff ) | |
| ) | |
| vs. ) | Exhibit "S" |
| ) | |
| Central Parking Inc. ) | Plaintiff's Motion to |
| ) | |
| New South Parking Inc. ) | remand Case No. 464802 |
| ) | |
| ) | to State Court |
| Does  1 thru 50 ) | |
| ) | (abridged) |
| Respondents ) | |
| ) | |
| ) | |
| ) | |
| _____) | |

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA
650-255-3078

Plaintiff In Propria Persona/Sui Juris

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **William Henshall,** | ) | |
| | ) | |
| | ) | **CASE No.  C 047 4448** |
| Petitioner | ) | |
| | ) | |
| | ) | |
| vs. | ) | Motion to Remand |
| | ) | |
| Central Parking Inc. | ) | |
| | ) | 28 USC 1447 |
| New South Parking Inc. | ) | |
| | ) | |
| | ) | *(Case No. 464802* in the |
| Does  1 thru 50 | ) | |
| | ) | San Mateo County Superior |
| Respondents | ) | |
| | ) | Court) |
| | ) | |
| | ) | |

Motion to Remand Page 1 of 32

COMES NOW Plaintiff William Henshall, a lawful de jure jus sanguinis and jus soli free white Citizen of California (see accompanying declaration of Plaintiff in support thereof), appearing *specially* and not generally, to move the court to remand the instant case back to the San Mateo County Superior Court due to *lack of subject matter jurisdiction* of this court, as will hereinafter appear.

The absence of subject matter jurisdiction is placed, in whole or in part, on the following points:

1. That the matter of Plaintiff's status & standing as a lawful de jure free white State Citizen has *NOTHING* to do with federal law as Plaintiff is neither subject to Congress' powers over immmigration & naturalization, nor does he *'owe'* his Citizenship to Section 1 of the 14th "amendment", thus the proper forum would be the State Court of general common law jurisdiction from which *Case No. 464802* was improperly and improvidently removed;

2. That even if assuming arguendo that federal questions arose in Case No. 464802 following the determination of Plaintiff's status & standing, most especially if his claims to lawful de

jure State Citizenship were sustained therein, yet, the State
Court would yet retain at least concurrent jurisdiction to
decide such issues in the first instance;

3.    That as a lawful de jure free white State Citizen Plaintiff
      would then possess a class of Citizenship *superior* to that of
      the *de facto* federal citizenship possessed by Defendant
      *Corporations* (if they are citizens) courtesy of the 14th
      "Amendment", even if the constitutionality of such
      "amendment" was ultimately sustained in the supreme Court
      of the united States, thus Plaintiff's *right* to have the validity
      of his claims resolved in the judicial department of
      government supersede any *privilege* which might be
      possessed by Defendants to have their claims heard in any
      other forum;

4.    That the concept of removal of cases of the type present in
      the instant litigation was not even legislated until 1914 and
      then in response to, and recognition of, the large body of *de
      facto* federal citizens whose presence ostensibly expanded
      the 'need' for federal jurisdiction for those subject to the
      jurisdiction of the United States;

5.   That even if the district court is an *Article III Court*, there is no assurance that it either has the jurisdiction to hear and decide the claims presented in the instant case or that if it has such jurisdiction, the same will not be *removed* by Congress (see *Ex Parte McCardle 7 Wall 506*);

6.   That this court lacks the proper venue to proceed; though nominally, and deceptively, designated by Congress as sitting in the Northern District of California, and while geographically being thus located, this is the only sense in which the assignment is true, as there are in existence *NONE* of the Several States which would be recognized and embraced by founders of the Nation & Republic and/or the framers of the *Constitution of the united States {1787-1791}*, as will hereinafter appear, and the shells of the States that remain are nothing but *provisional federal territories*;

7.   That to have claims of rights secured by the Constitution heard and decided in any other than a judicial forum, and with the manifest uncertainty of whether the district courts have, or would retain, the judicial power of the united States, any statute or regulation that would purport to require submitting the claims of violations of such rights to so

tenuous a   procedure would be a violation of either ***Article I, Section 9*** and/or ***Article I, Section 10*** of the ***Constitution for the united States {1787-1791}***, which prohibit the enactment of Bills of Attainder, or, in their lesser form, Bills of Pains & Penalties.

Plaintiff cites *28 USC 1447* as the nominal statutory grounds for making the motion, but believes, not unlike the reasoning of the supreme Court in the case of ***Bivens vs. Six Unknown FBI Agents 403 US 388*** that there likely exists *independent* Constitutional grounds, most especially pursuant to the 9th & 10th Articles of the Bill of Rights, which would support such action, in addition to the equitable grounds and the manifest interest of justice in deciding questions of grave Constitutional significance that have arisen in the instant case in the *proper* jurisdiction & venue.

Plaintiff, ***with his life on the line***, devoted much time and effort in making the decision as to the correct jurisdiction & venue in which to state his claims, with ***particular*** attention to whether or not his case would be heard in a common law court exercising either the judicial Power of the united States and/or the judicial Power of one of the Several States.

Well worth noting here is that Plaintiff, having been unlawfully divested of his job of *seventeen* years without *ANY* cause, let alone "just cause", is now facing *imminent* homelessness and destitution, but realized fully from day one of the announced takeover of the parking concession at SFO by Defendants that the legal and factual situation presented as to the continuation of his job would satisfy *each and every one* of the seven prongs of the "*Ashwander*" test for status & standing to raise issues of de jure Constitutional law, as set forth by the supreme Court of the united States in the case of *Ashwander v TVA 297 US 288,341*.

Plaintiff thus made the decision, consistent with his duty as a member of "Our Posterity" as set forth in the *Preamble to the Constitution* and as a State Citizen as *recognized* in *Article IV, Section 2* thereof, that, in effect, with the knowledge acquired over years of study of the Constitution, placing his life *directly in jeopardy* in order to challenge the rampant, runaway exercise of *federal regional martial law* over the Several States begun in 1867 and dramatically advanced during the years of the Roosevelt Regency, was worth whatever consequences that ensued.

Being of the opinion that the federal district courts were no longer *judicial* courts pursuant to *Article III, Section 1 of the Constitution for the united States [1787-1791]*, having been reduced, despite outward appearances, to *tribunals* exercising power in conformity with *Article I, Section 8, Clause 17* and/or *Article IV, Section 3 of the Constitution* and, effectually, being 'created' pursuant to *Article I, Section 8, Clause 9* of that august Document, Plaintiff thus filed his case in what he earnestly hoped and believed was a State Court of common law jurisdiction in pursuance of *Article VI of the California Constitution (1849)*.

It must be admitted that Congress might have vested *some* of the judicial Power of the united States in the District Courts, which for all intents and purposes, it does *NOT* have any constitutional obligation to do (see e.g. *Cary v Curtis 3 Howard 256, Sheldon v Sill 8 Howard 441* -- but see, contra, the correct decision written by *Justice Story* in *Martin v Hunter's Lessee 1 Wheat 304; Elliott v Swartwout 10 Peters 137,* and Story's compelling dissent in *Cary*, supra), but if it has done so, it has also displayed a troubling habit of *limiting or removing the jurisdiction* of the Courts of the united States to hear and decide challenges to statutory schemes it enacts -- see e.g. 26 USC 6305, 26 USC 7421, and Section 102 of the Real ID Act of 2005, which provides, in relevant part that: