Most interestingly, however, the Web Site goes on to say that '*most* people gain citizenship through the naturalization process or by birth to a *U.S.* citizen. Does this mean that the are, in fact, other means by which united States citizenship can be attained (such as being *derivative* from one's lawful de jure State Citizenship) ??

It is not denied that there is some apparent support for the idea that the 14th "amendment" '*reversed*' the order of citizenship and made United States citizenship dominate and not derivative', but the case-in-chief from which this line of 'thought' was set forth in the decision of the supreme Court in the **_Slaughterhouse Cases_** **_16 Wall 36,_** but the facts of that case are *strikingly* different from the instant case, as 14th "amendment" citizenship was *specifically* invoked there as a protection from State enactments, while the same is *completely eschewed* here, thus rendering that decision, and others based on like legal 'principles' of no consequence or relevance herein as per the *Ashwander* 'rules', supra.

A much more insightful glimpse into the meaning of 14th "amendment" citizenship, and, frankly, the convincer for Plaintiff when he read it that he did *NOT* 'owe' his Citizenship to the 14th "amendment" was in the decision of the supreme Court in the case of **_Wolf v Colorado 338 US 25_** wherein it was held that:

""In *rejecting* the suggestion that the Due Process clause (of the 14th amendment -- ed) incorporated the original Bill of Rights, Mr. Justice Cardozo reaffirmed on behalf of that Court a different but deeper and more pervasive conception of the Due Process clause. This Clause extracts from the States for the ***lowliest and most outcast*** all that is implicit in the concept of ***"ordered liberty"***.

Continuing in the same vein, we find that 14th "amendment" citizens have *no right* to a trial by jury (let alone according to the course of the common law !) in a *criminal* misdemeanor case as decided *unanimously* by the supreme Court courtesy of Justice Thurgood Marshall in the case of ***Blanton v North Las Vegas Nevada 489 US 538***.

Of further note, when the due process and equal protection clauses, this first most conspicuously, was held, albeit by judicial fiat, after a long line of cases such as ***Barron v Baltimore 8 Peters 243, Twining v New Jersey 211 US 78, Betts v Brady 316 US 455*** consistently held the contrary, to have incorporated the first eight Articles of the Bill of Rights, it was either ***at the behest of 14th "amendment"*** citizens (***Mapp v Ohio 367 US 643, Miranda v Arizona 384 US 436, Escobedo v Illinois 378 US 478***, or in cases where no issue of lawful de jure State Citizenship arose -- ***Terry v Ohio 392 US 1*** and, most egregiously, ***Gideon v Wainwright 372 US 335***.

And if one would need any further evidence of the "value" of 14th "amendment" citizenship, then one should get familiar with the case of Carrie Buck -- ***Buck v Bell 274 US 200***; if ever there was an ***infamous*** decision of the supreme Court, ***THIS*** case, along with ***Cary***, supra, and ***not*** Dred Scott, are among the favorites.

Further noted is that it only took ***fifty nine*** years for the supreme Court to reverse a criminal conviction on the claim of a violation of the due process clause of the 14th "amendment" -- see e.g. ***Tumey v Ohio 273 US 510***. Some substantive protection !

Plaintiff is in agreement with the supreme Court of the united States when it asserts, in the case of ***Ex Parte Grossman 267 US 87*** that:

> "The language of the Constitution cannot be interpreted safely ***except by reference to the common law and to the British institutions as they were when the instrument was framed and adopted***. The statesmen and lawyers of the Convention who submitted it to the ratification of the ***Convention*** of the Thirteen States, were born and brought up in the ***atmosphere of the common law***, and ***thought and spoke in it's vocabulary***.

The same guidelines should apply when, arguably, the most important matter of Constitutional cognizance -- the Citizen's relationship to his government -- is brought before the ***judicial*** department of government for decision.

Plaintiff further asserts that the words of the supreme Court in the case of ***Cohens v Virginia 19 US 264***, some of which, but, alas, not these, are emblazoned ***in gold*** on the walls of the Court at the present day, are worth repeating and adhering to, to wit:

> "The Constitution gave to every person having a claim upon a State ***a right to submit his case to the court of the nation***. However unimportant his claim might be, however little the community might be interested in it's decision, the framers of our Constitution thought it necessary, ***for the purposes of justice***, to create a tribunal as superior to influence as possible in which that claim might be decided"

and:

> It is most true that this Court will not take jurisdiction if it should not; but it is equally true that it must take jurisdiction if it should. The judiciary cannot, as the legislature may, avoid a measure because it approaches the confines of the Constitution. We cannot pass it by because it is doubtful. With whatever doubts, with whatever difficulties, a case may be attended, we must decide it if it be brought before us. We have no more right to decline the exercise of jurisdiction which is given than to ***usurp*** that which is not given. The one or the other would be ***treason*** to the Constitution. Questions may occur which we would gladly avoid, but we cannot avoid them. All we can do is to exercise our best judgment and to conscientiously perform our duty.

Now it is entirely possible that the state court into which Petitioner wants the instant cased remanded is also not a common law court of general jurisdiction, most especially as there is present, just as in this court, *yellow fringed* flags which are *military* standards (see e.g. *34 Ops. Atty. General 483, Army regulation 840-10  Oct. 1979* and thus denote the exercise of *federal regional martial law* rule pursuant to the 14th "amendment", but this situation would present different, and *much more compelling*, questions to be decided by the supreme Court of the united States, a goal to which Plaintiff cheerfully admits and which is *one hundred and forty years* overdue (see *Ex Parte McCardle 7 Wall 506, Ex Parte Miligan 4 Wall 2*).

Plaintiff feels that the court would be well advised to heed the words of the court in the case of *US v Tully 140 Fed Rptr. 899* wherein it was held, albeit in a different setting, that:

> "It is unfortunate that a *murderer should go  unwhipped of justice* but it would be yet *more unfortunate if any court should assume to  try one charged with a crime without jurisdiction over the offense*."

The context is different, but the principle is the *same*.

## ABSENCE OF VENUE

Coming to the matter of venue, and this is where all too many court decisions either do not take into account, or do not have the issue properly raised, the fact that given the construction placed on the Interstate Commerce clause by the supreme Court during the Roosevelt Regency, albeit with the aforementioned vigorous dissent of the "Horsemen", that, effectively, there remains not a single matter in which a State, assuming arguendo that any exist, could exercise its sovereignty unfettered by the *United States Constitution* except for those limitations in *Articles I-VI and Amendments 9-10.*

The same has been acknowledged by the supreme Court, which itself has been divisively split over this grave matter; the Justices, at least many of them, are aware of what the Court did in it's *mega, judicially activist* expansion of the commerce clause powers of Congress in cases such as *NLRB v Jones & Laughlin Steel 301 US 1* (read the dissent of the *'Horsemen'* in this one !), *West Coast Hotel v Parrish 300 US 379, Nebbia v New York 291 US 502, and Wickard v Filburn 317 US 111* , with the previous trio being 5-4 decisions of highly questionable character and which, contemp-oraneously, were described, sardonically, as 'the switch in time that saved nine'.

And then there were the 'test' cases on the Social (in)Security program itself, *Carmichael v Southern Coal & Coke 301 US 495* and *Steward Machine v Davis 301 US 548*, again, 5-4 disasters, but rulings that can be and will be distinguished as being of no precedential value in the instant case (and, yet again, the dissent of the 'Horsemen', is worthy of considerable note, most especially the part including President Pierce's veto of, in effect, the Social (in)Security Act of *1855* !).

In support of these claims, Plaintiff carefully notes that during more than twenty years study of law that he has not found a *single decision* of the supreme Court of the united States since the time of the Roosevelt Regency (and, really, even earlier) in which the outcome of a *criminal* case was predicated on anything other than the 'due process' and/or 'equal protection' clauses of the 14th "amendment" and, thus, the *martial law venue of its origin*.

And the Court, itself, is not untroubled by what it has wrought, as witness the language of the *four* dissenters in *Garcia v San Antonio Metro Transit  469 US 538*:

> In contrast, the Court today propounds a view of federalism
> that pays only lip service to the role of the States. Although it says that
> the States "unquestionably do `retain a significant measure of

sovereign authority,'" ante at 549 (quoting EEOC v. Wyoming, supra, at 269 (POWELL, J., dissenting)), it fails to recognize the broad, yet specific areas of sovereignty that the Framers intended the States to retain. Indeed, the Court barely acknowledges that the Tenth Amendment exists. That Amendment states explicitly that "the powers not delegated to the United States . . . are reserved to the States."

The Court recasts this language to say that the States retain their sovereign powers only to the extent that the Constitution has not divested them of their original powers and transferred those powers to the Federal Government.

This rephrasing is not a distinction without a difference; rather, it reflects the Court's *unprecedented view that Congress is free under the Commerce Clause to assume a State's traditional sovereign power, and to do so without judicial review of its action*. Indeed, the Court's view of federalism appears to relegate the States to precisely the *trivial* role that opponents of the Constitution feared they would occupy."

and

"Although the Court's opinion purports to recognize that the States retain some sovereign power, it does not identify even a *single* aspect of state authority (or *individual freedom* -- ed) that would remain when the Commerce Clause is invoked to justify federal regulation. In *Maryland v. Wirtz, 392 U.S. 183 (1968)*, overruled by National League of Cities and today reaffirmed, the Court sustained an extension of the FLSA to certain hospitals, institutions, and schools. Although the Court's opinion in Wirtz was comparatively narrow, Justice Douglas, in dissent, wrote presciently that *the Court's reading of the Commerce Clause would enable the National Government [to] devour the essentials of state sovereignty*, though that sovereignty is attested by the Tenth Amendment.

Today's decision makes Justice Douglas' fear once again a realistic one." (me, too !! -- ed)

Motion to Remand Page 26 of 32

While in all candor it must be admitted that an opinion limiting the scope of such commerce power -- and remember that this does not even include, for the most part, the equally obnoxious civil rights statutes on the books -- does occasionally crop up -- see, e.g. *US v Lopez 514 US 549* , where at least some restraint is sustained, even this is uncertain, as the concurrence of Justices Kennedy and O'Connor do nothing but underscore the concern of Plaintiff, and all like minded State Citizens, when they assert:

> "The history of our Commerce Clause decisions contains at least two lessons of relevance to the case. The first is the *imprecision* (!! -- ed) of content based boundaries used *without more (?? --ed)* to define the limits of the Commerce Clause. The second, of *even greater importance,* is that the Court as an institution and the legal system as a whole (not to mention the power brokers *behind* the *de facto* national government -- ed) have an *immense stake* in the stability (?? -- ed) of our Commerce Clause jurisprudence as it has evolved to this point"

Plaintiff urges the Court to give careful attention to the concurring opinion of Justice Thomas in *Lopez,* supra, to get a clear picture on the nature of the difficulty with modern Commerce Clause jurisprudence.

Continuing, the venue of this court cannot be proper, as further evidence of the demise of the Several States can be found in the 17th "Amendment" which removed the States, in their corporate capacities, from any participation in the triune Republic by transferring the election of Senators from the State Legislatures to the people, just as the House of Representatives are elected.

Now this "amendment" was wrongly certified by the aptly named Secretary of State *Philander* C. Knox in 1913 as it was and is in plain violation of Article V of the Constitution that provides, in relevant part that:

> … no State, ***without its consent***, shall be deprived of its equal suffrage in the Senate

and

> ***Article I, Section 4 Clause 1*** which provides that:

> "The times, places, and manner of holding elections for Senators and Representatives shall be prescribed in each State by the Legislature thereof; but the Congress may at any time by law make regulations, ***except as to the places of chusing Senators***."

It is a matter of official record that at least Delaware and Utah did ***NOT*** ratify the 17th "amendment", and Secretary Knox could not have failed to know this. Thus, due to the wisdom and

foresight of the framers of the Constitution in providing this **single** exception to the 75% of the States needed for ratification, and their concern for the preservation of the sovereignty of the Several States and limitations upon the national power, the 17th "amendment" fails to pass constitutional scrutiny pursuant to **_Article V_**, as does any venue associated with the **de facto** national government exercising **federal regional martial law**.

The provisions of Article I, Section 4, Clause 1 do nothing but reinforce the protections and securities embedded throughout the Constitution for the preservation of the States and their sovereign Body Politics, the lawful de jure free white State Citizens (and Electors).

As to how Citizenship was understood prior to the 'adoption' of the 14th "amendment", we have but to look at the definition of "Citizen" in **Bouvier's Law Dictionary (1859)**, notably denominated by Congress as containing the **official** definitions of the words and phrases of the Constitution, and we find:

1.    One who, under the constitution and laws of the United States,
      has a right to vote for representatives in Congress, and other
      public officers, and who is qualifies to fill offices in the gift of
      the people. In a more extended sense, under the word citizen, are
      included *all white persons* born in the United States ..."

3.  All natives are not citizens of the united States; the descendants of the aborigines, and those of African origin, are not entitled to the rights of citizens. Anterior to the adoption of the constitution of the united States, *each State had the right* to make citizens of such persons as it pleased. That Constitution does not authorize any but *white persons* to become citizens of the united States; and it must therefore *be presumed that no one is a citizen who is not white.*

Finally, we have yet another of President Andrew Johnson's patriotic and honorable vetoes -- this time the Civil Rights Act of 1866 -- as set forth, supra, on the subject of State Citizenship in which he avers forcefully that the matter of State Citizenship belongs exclusively to the States, and *not* the federal government.

# Bills of Attainder

Bills of Attainder are defined as:

"An act of the legislature by which one or more persons are declared to be attainted and their property confiscated.

### Bouvier's Law Dictionary (1859)

One attainted was usually sentenced to death, with the loss of estate and property to his heirs following such attaintment.

However, in the united States, Bills of Pains & Penalties, imposing lesser penalties than death, have been held to be included in the limits on both the national and state legislative power (***Cummings v Missouri 4 Wall 323***).

A key feature of such Bill of Attainder was that it accomplished the desired objective without a *judicial* trial or, indeed, *any* interference of the judicial department of government at all, let alone a trial by jury at common law.

Plaintiff thus believes that such Bills can be enacted against more than one individual and agrees with President Andrew Johnson in his veto message of the Reconstruction Act of 1867 (*5 Messages & Papers of the Presidents 3729*) when he identified the most heinous enactment in the annals of American history for *exactly* what it was: a Bill of Attainder against ***nine million white southerners***.

While admitting that the Genie will be very difficult to recapture in the bottle, and that the effort will not be without difficulties and, perhaps, injustices, yet the *restoration* of the *Constitution*, and the *rule of law*, must, a fortiori, supersede any negative effects that would ensue to any part of the Nation, most

EXHIBIT 2

particularly any of the part now enjoying ***unwarranted privileges*** at the expense of other innocent parties.

As the supreme Court said, in the otherwise regrettable opinion in the case of ***Miranda v Arizona 384 US 436,491***:

> "Where rights secured by the Constitution are involved, there can be no rule-making or legislation that would abrogate them."

William Henshall/Plaintiff
In Propria Persona/Sui Juris

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

# IN THE SUPERIOR COURT OF CALIFORNIA

# IN AND FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| **William Henshall**, | ) |
| | ) |
|       Plaintiff | )     CASE No.  465862 |
| | ) |
| | ) |
|       vs. | )     Exhibit "3" |
| | ) |
| Central Parking Inc. | )     in support of Plaintiff's |
| | ) |
| New South Parking Inc. | )     Order to Show cause: |
| | ) |
| | )     Plaintiff's Motion to |
| Does  1 thru 50 | ) |
| | )     Strike Defendants Motion |
|       Respondents | ) |
| | )     to Dismiss Federal Case |
| | ) |
| | )     No. *C047 4448SI* |
| | ) |
| | ) |
| | ) |
| | ) |

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **William Henshall,** | ) |
| | ) |
| | ) **CASE No.  *C047 4448SI*** |
| Petitioner | ) |
| | ) |
| | ) Motion to Strike |
| vs. | ) |
| | ) Defendants Motion |
| Central Parking Inc. | ) |
| | ) to Dismiss |
| New South Parking Inc. | ) |
| | ) |
| | ) |
| Does  1 thru 50 | ) ***FRCP 12(f)*** |
| | ) |
| Respondents | ) |
| | ) |
| | ) |
| | ) |

Plaintiff's Motion to Strike Removal  Page 1  of 8

COMES NOW Plaintiff William Henshall, a lawful de jure free white State Citizen, appearing *specially* and not generally herein, to move the Court, pursuant to *Rule 12(f) of the Federal Rules of Civil Procedure*, to strike Defendant's Motion to Dismiss in it's *entirety* as, at best, *premature,* and to take the strongest exception to the *despicable* and *offensive* actions of Counsel for Defendants against Plaintiff and this court and the justice that it was ordained and established to secure.

Defendants, having filed their motion *no later* than August 31st, 2007 -- *2 days* after Plaintiff graciously agreed to accept personal service of their removal motion, had to know that pursuant to 28 USC 1447(c) that Plaintiff had *thirty* days to file a motion to remand, which Plaintiff has *timely* filed .

But they are in so much of a hurry to rush to judgment that they have shown their true colors and *total disdain* for the Constitution and laws of the united States, have presumed that there are *no possible grounds* for anything else other than a summary judgment in their favor, and believe, with all the aces up their sleeves (multitudinous counsel, state of the art computers, research tools simply unavailable to Plaintiff (Lexis and Westlaw come to mind here), and virtually nothing in Plaintiff's favor that

they cannot *possibly* lose (ask 'em in Ann Arbor about *that* line of

thought !). Plaintiff wonders if they have even read his pleadings,

let alone understood them -- with substantial support for the

negative of the latter proposition, given the *frivolous* nature od

their own pleadings.

Defendants have already taken advantage of a *highly*

questionable procedure to remove this case from the State Court

having the *proper* jurisdiction and venue, depriving Plaintiff of the

*judicial* process to which he is entitled, as stated in Plaintiff's

Motion to Remand *Case No. 464802*, and make such removal

*without*, in effect, *notice or opportunity for Plaintiff to be heard*

*before such removal*, and to approve their making, for all intents

and purposes, a *second, premature* motion *before* Plaintiff is heard

on his motion to remand and put yet another pro per litigant *out of*

*his misery* and summarily dismiss the case, is a *flat* denial of

justice. The 'Nine Old Men' are absolutely going to love this one !

In addition, the removal has permitted, hopefully only

momentarily, Defendants to escape from what would have been a

*summary default judgment* on the merits in the State Court, which

will still be the order of the day upon the remand of *Case 464802*.

This is exactly the sort of heavy handed approach one might expect in the de facto *"just us"* system of *federal regional martial law rule* that Plaintiff is challenging, where fancy, highly paid corporate attorneys think that they can run roughshod over the rights of State Citizens secured, *not* granted, by the *Constitution for the united States {1787-1791}.*

### Defendants Motion to Dismiss is totally without merit

The second ground for making the motion to strike, and Plaintiff is disappointed that this motion was not made by the Court sua sponte in the first instance, is the patently *specious, frivolous,* and *non-responsive* pleadings that Defendants have made.

A better, and more succinct, description of the purpose of Rule 12(f) than set forth in *Fantasy Inc. v Fogarty 984 Fed. 2nd 1524* (9th Cir. 1993) is difficult to imagine:

> *"Insufficient* defenses and redundant, *immaterial,* impertinent, or scandalous material are properly stricken from a pleading in order to avoid the time, effort, and expense necessary to litigate *spurious* issues."

Plaintiff is at a loss to know where to begin discussing the shortcomings of Defendant's Motion to Dismiss, nor does he know whether it is sound practice, in view of his continuing challenge to the jurisdiction and venue of this court, as set forth in Plaintiff's Motion to Remand and Supplementary Points & Authorities in support thereof, to attempt such analysis.

What *can* be said is that each and every one of the cases cited by Defendants in support of their motion is *off point, irrelevant*; and of *no value as precedent* in *this* case.

Plaintiff relies upon the supreme Court of the united States and its 'rules' for deciding cases as set forth in ***Ashwander v TVA 297 US 288,341***, and in particular, '*Rule*' 4, which provides that:

> "The Court will not pass upon a constitutional question although properly presented by the record *if there is also present some other ground ( application for a social (in)security account ??? -- ed) upon which the case may be disposed of*."

and '*Rule*' 6, which states that:

> "The Court will not pass upon the constitutionality of a statute at the instance of one *who has availed himself of its benefits (social (in)security benefits ?? -- ed)*.

As an example, Defendants cite ***Seaworth v Pearson 203 Fed. 3rd 1056*** (8th Cir.)  and ***Sutton v Providence St. Jos. Medical Center 192 Fed. 3rd 826*** (9th Cir. -- well, at least, arguably, the correct circuit !) for the proposition that Plaintiff has no right to employment (or is that "employment" ?) with Defendants.

Now ***Seaworth*** and ***Sutton***, supra, in their *opening* paragraphs, set forth the issues before the Court as being an alleged violation of Appellant's *religious beliefs* in violation of ***Title VII of the Civil Rights Act of 1964*** !

Not only has Plaintiff *NOT* raised any such religious claim (and Plaintiff is only too well aware of ***U.S. v Lee 455 US 252***  and ***Bowen v Roy 476 US 693*** -- and is surprised, nay, bemused, given the tenor of Defendants moving papers that these cases were *NOT* cited !), and even had such a claim been raised it most certainly would *NOT* have been in pursuance of the Civil Rights Act of 1964 (or 1866, or 1871, or any other year) -- see *"Ashwander"* *'Rule'* 6, supra.

And for Defendants to cite decisions from the United States Tax court -- an ***Article I*** tribunal, is disrespectful and patronizing; Defendants counsel cannot fail to know that such an ***Article I***

tribunal does *not* possess the *judicial Power* of the United States (*Article III, Section 2*) and, as stated in Plaintiff's Motion to Remand, there is *quite considerable question* of whether *this* court has this power, either, that it would *lack* jurisdiction to make any decision on questions of constitutional interpretation, thus any citation is, res ipsa loquitor, *specious, frivolous*, and *without merit*.

Another matter presents itself, namely the motivation for Defendants to have even responded to the pleadings in the *Case No. 464802*. Certainly what Plaintiff has received to date is about what he would expect from an attorney for the *de facto* national government, one likely working for the Civil 'Rights' division of the Department of Justice (with the *entirety* of such division owing it's *existence* to the Civil Rights Act of 1866 and/or Section 5 of the 14th "amendment", both *martial law 'emergency'* enactments.

Now Plaintiff has carefully pleaded his case so that any reference to the *de facto national* government as a party defendant is *conspicuously* absent, although a sound argument can be made *for* its suability and will be at a later time (and a later case !).

Plaintiff's Motion to Strike Removal  Page 7 of 8

EXHIBIT 3

In view of these facts, the motion to strike Defendants motion to dismiss *in its entirety* should be granted *forthwith*.

In closing, Plaintiff, who admits to some embarrassment to even have to respond to such feeble pleadings, and having set forth the sound reasoning from the supreme Court of the united States in support of his position, states that it is not his intention to spend time & effort in the future rebutting the *off point, irrelevant* authorities of the type cited by Defendants in their Motion to Dismiss, but will pursue other avenues of relief, possibly including sanctions and/or summary judgment.

If somehow, someway, Plaintiff is unsuccessful in striking Defendant's motion to dismiss, he reserves the right to have his day in court on the alleged merits of their supporting authorities and will present a brief addressing *all* the shortcomings therein

_William Henshall_/Plaintiff

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078
Plaintiff In Propria Persona/Sui Juris

ENDORSED FILED
SAN MATEO COUNTY
SEP 1 2 2007
Clerk of the Superior Court
By _____ M. MARLOWE
DEPUTY CLERK

IN THE SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| **William Henshall,** | ) |
| | ) |
| | )     CASE No.  465862 |
| Plaintiff | ) |
| | ) |
| | ) |
| vs. | ) |
| | )     Index of Exhibits |
| Central Parking Inc. | ) |
| | )     to Motion for Plaintiff's |
| New South Parking Inc. | ) |
| | )     Order to Show Cause |
| | ) |
| Does  1 thru 50 | ) |
| | ) |
| Respondents | ) |
| | ) |
| | ) |
| | ) |

Exhibit 1        Defendants Memorandum of Points & Authorities in support of Motion to Dismiss Fed. Case. No. *C047 4448SI*

Exhibit 2        Plaintiff's Motion to Remand Case No. *C047 4448*

Exhibit 3        Plaintiff's Motion to Strike Defendant's Motion to Dismiss Fed. Case. No *C047 4448SI*

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA
650-255-3078
Plaintiff In Propria Persona/Sui Juris

ENDORSED FILED
SAN MATEO COUNTY

SEP 1 2 2007

Clerk of the Superior Court
By    M. MARLOWE
DEPUTY CLERK

1
2
3
4
5
6
7
8
9

IN THE SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

10

**William Henshall,**            )
                                 )
11                               )
                                 )
12            Plaintiff          )    CASE No.  465862
                                 )
13                               )
                                 )
14                               )
                                 )
15        vs.                    )
                                 )
16                               )    Index of Exhibits
17 Central Parking Inc.          )
                                 )    to Motion for Plaintiff's
18                               )
19 New South Parking Inc.        )
                                 )    Order to Show Cause
20                               )
                                 )
21                               )
22 Does  1 thru 50               )
                                 )
23                               )
                                 )
24            Respondents        )
                                 )
25                               )
                                 )
26                               )
                                 )
27 _____      )

28

Exhibit 1          Defendants Memorandum of Points & Authorities in support of Motion to Dismiss Fed. Case. No. *C047 4448SI*

Exhibit 2          Plaintiff's Motion to Remand Case No. *C047 4448*

Exhibit 3          Plaintiff's Motion to Strike Defendant's Motion to Dismiss Fed. Case. No *C047 4448SI*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078



IN THE SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| **William Henshall,** ) | |
| ) | |
| ) | **CASE No.  465862** |
| ) | |
|         Plaintiff ) | |
| ) | |
| ) | ***PROPOSED*** |
| ) | |
|         vs. ) | |
| ) | ***ORDER TO SHOW CAUSE*** |
| ) | |
| Central Parking Inc. ) | |
| ) | |
| New South Parking Inc. ) | |
| ) | |
| ) | |
| Does  1 thru 50 ) | |
| ) | |
|         Defendants ) | |
| ) | |
| ) | |
| _____ ) | |

TO:   Central Parking Inc. and New South Parking Inc.
       Defendants:

Good cause appearing from the verified complaint of Plaintiff
William Henshall on file in this action,

*IT IS ORDERED* that you show cause, if any there be,
before this court on the __4TH__ day of __OCTOBER__, 2007 at
__9:00__ o'clock __AM__ in Department __LM__ of the Southern Branch
of the San Mateo County Superior Court why an order of the court
should not issue restoring Plaintiff to his job or, in the alternative,
placing him on paid administrative leave -- in either case *pendente
lite, nunc pro tunc* July 1st, 2007, as prayed in the complaint.

***IT IS FURTHER ORDERED*** that you desist and refrain from any further action in attempting to compel Plaintiff to fill out and submit a Form I-9 and/or a Form W-4 until such time as the law is settled as to these issues pursuant to proceedings between the parties.

Date: _____, 2007

_____
Judge of the San Mateo County Superior Court

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

**RECEIVED**

SEP 1 0 2007

SUPERIOR COURT
CIVIL DIVISION

IN THE SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| **William Henshall,** | ) |
| | ) |
| | )    CASE No. *465862* |
| Plaintiff | ) |
| | ) |
| | )    *PROPOSED* |
| vs. | ) |
| | )    *ORDER TO SHOW CAUSE* |
| Central Parking Inc. | ) |
| | ) |
| New South Parking Inc. | ) |
| | ) |
| | ) |
| Does  1 thru 50 | ) |
| | ) |
| Defendants | ) |
| | ) |
| | ) |
| | ) |

TO:   Central Parking Inc. and New South Parking Inc.
      Defendants:

Good cause appearing from the verified complaint of Plaintiff
William Henshall on file in this action,

*IT IS ORDERED* that you show cause, if any there be,
before this court on the 9TH day of OCTOBER, 2007 at
9:00 o'clock AM in Department LM of the Southern Branch
of the San Mateo County Superior Court why an order of the court
should not issue restoring Plaintiff to his job or, in the alternative,
placing him on paid administrative leave -- in either case *pendente
lite, nunc pro tunc* July 1st, 2007, as prayed in the complaint.

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

# IN THE SUPERIOR COURT OF CALIFORNIA

## IN AND FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| **William Henshall,** | ) |
| | ) |
| | ) CASE No.  *465862* |
| Plaintiff | ) |
| | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) *ORDER* |
| Central Parking Inc. | ) |
| | ) |
| New South Parking Inc. | ) |
| | ) |
| | ) |
| Does  1 thru 50 | ) |
| | ) |
| Defendants | ) |
| | ) |
| | ) |
| | ) |

TO:   Central Parking Inc. and New South Parking Inc.
       Defendants:

Good cause appearing from the verified complaint and
declaration of Plaintiff William Henshall on file in this action,

***YOU ARE HEREBY ORDERED*** to:

1.   Restore Plaintiff William Henshall to his position of
     Cashier/Lot Checker ***forthwith*** upon service of this orders;

2.   That such restoration shall be effective nunc pro tunc July 3rd,
     2007 with discharge of the obligation for ***full back pay*** for all
     regular hours lost to Plaintiff by reason of his wrongful
     termination being tendered ***forthwith***;

2a.   That the court reserves jurisdiction to make awards for
      other hours lost by Plaintiff due to the acts complained
      of by Central Parking Inc. and/or New South Parking;

*IT IS FURTHER ORDERED* that you desist and refrain from any further action in attempting to compel Plaintiff to fill out and submit a Form I-9 and/or a Form W-4 until such time as the law is settled as to these issues pursuant to proceedings between the parties.

Date: _____, 2007

_____
Judge of the San Mateo County Superior Court

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

# IN THE SUPERIOR COURT OF CALIFORNIA

# IN AND FOR THE COUNTY OF SAN MATEO

**William Henshall,**          )

                    )     **CASE No.**  *465862*

        Plaintiff     )

                   )

        vs.       )

                   )     ***ORDER***

Central Parking Inc.    )

New South Parking Inc.  )

Does  1 thru 50       )

        Defendants   )

TO:   Central Parking Inc. and New South Parking Inc.
      Defendants:


Good cause appearing from the verified complaint and
declaration of Plaintiff William Henshall on file in this action,


***YOU ARE HEREBY ORDERED*** to:


1.   Restore Plaintiff William Henshall to his position of
     Cashier/Lot Checker ***forthwith*** upon service of this orders;


2.   That such restoration shall be effective nunc pro tunc July 3rd,
     2007 with discharge of the obligation for ***full back pay*** for all
     regular hours lost to Plaintiff by reason of his wrongful
     termination being tendered ***forthwith***;


2a.  That the court reserves jurisdiction to make awards for
     other hours lost by Plaintiff due to the acts complained
     of by Central Parking Inc. and/or New South Parking;

**IT IS FURTHER ORDERED** that you desist and refrain from any further action in attempting to compel Plaintiff to fill out and submit a Form I-9 and/or a Form W-4 until such time as the law is settled as to these issues pursuant to proceedings between the parties.

Date: _____, 2007

_____
Judge of the San Mateo County Superior Court

# CHAPTER 3

## The Ashwander 'Doctrine': how to understand decisions of the supreme Court of the united States

In my days as a student of the Barristers Inn School, they had the 7 **Ashwander** 'rules' on the first page of their paperwork and with good reason. Those 7 'rules', albeit mentioned together only in a concurring opinion in a relatively minor legal case (_**Ashwander v TVA 297 US 288,341**_), form the foundations for what the Court will hear and the legal parameters of the decision as to whom and what it affects.

The proper understanding of these principles is _**absolutely crucial**_ to success in the courts both as to distinguishing decisions that could otherwise be construed to apply against you and to delineate those decisions which do apply and why.

As a prime example of how this works we have only to look at the most well known opinion of the Court, especially in recent times: _**Ernesto Miranda v Arizona 384 US 436**_ ("You have the right to remain silent, the right to an attorney", etc.), an atrocious decision of the Court having no bearing on a de jure State Citizen, but informing the conscience of the Court as to the many and varied de facto 14th "amendment" "citizens" for whom it may

have brought a little relief.

Now Ashwander 'rule' 3 comes ***directly*** into play here:

"The Court will not formulate a rule of Constitutional
law ***broader than is required by the precise facts*** to which it
is to be applied"

With this guideline in mind, you should then note that at
least the supreme Court is very careful to delineate early on just
which term(s) of the Constitution it is construing and ***Miranda***, like
so many of it's ill-begotten brethren, was a case that arose under
the 5th and 6th Amendments of the Constitution which, while at
first blush sounds both good and relevant, must be viewed in the
further context of these amendments being purviewed through the
Due Process Clause of the 14th "amendment".

Now the ***true*** meaning is disclosed to the careful reader:
statutory "citizens" created by the 14th "amendment" are asking
for relief from self-incrimination and the right to counsel in the
jurisdiction created for these "citizens" by, among other things, the
14th "amendment": ***Federal Regional Martial Law*** !

And we know this because until the 'landmark' opinion of the activist Warren Court in the case of ***Dollree Mapp v Ohio 367 US 643*** it was basically settled law that the provisions of the Bill of Rights (Articles 1-8) did not apply to the States (see e.g. ***Barron v Baltimore 7 Peters 243, Twining v New Jersey 211 US 78, Palko v Connecticut 302 US 319, Wolf v Colo. 338 US 25***).

Also read the Preamble to the Bill of Rights (yes, it has one but it is rarely included in today's printings of the Constitution) and note that it says:

> "The ***Conventions*** of a number of the States, having at the time of their adopting the Constitution, expressed a desire, in order to prevent misconstruction or abuse of ***it's powers***, that further declaratory and restrictive clauses should be added."

I note here with particular emphasis that even in cases where the Due Process clause was held to be applicable that the first decision of **SCOTUS** overturning a ***criminal*** conviction was the case of ***Tumey v Ohio 273 US 510 in 1927***, a full ***59 years*** after it's enactment. You figure it out !

Think you have a right to a trial by jury in a 'criminal' (misdemeanor) case ??  Have **SCOTUS** and I got news for you ! ! In a 9-0 ***summary*** decision ( ***Blanton v North Las Vegas 489 US***

*538* ) authored by it's most liberal member, Thur-oughly no-good Marshall, the court decided that you 14th "amendment" slaves, er "citizens", had no such right at all and that the de facto government could arrest you, fine you, and imprison you *for at least 6 months* on any *pretended* offense at all that it wished to allege with *no corpus delicti* (body of the crime), *no scienter* (evidence of bad intent) and with only the testimony of the arresting thug, er cop, to convict you -- testimony which could, and can, *be perjured at will virtually without consequence* as against 14th "14th amendment" "citizens" (See *Briscoe v LaHue 460 US 325*). Compare this with the language of *Article III, Section 2 Paragraph 3 of the Constitution for the united States {1787-1791}*:

> "The trial of *all* crimes, except in cases of Impeachment, shall be by jury;"

Hmmm. Still interested in pleading 14th "amendment" law & issues ??  Read on.

For me, the final straw was the opinion of the Court in the case of *Wolf v Colorado 338 US 25*, decided in 1949 when the Courts were rather a bit more forthright than is true today in both their language and their reasoning, and pursuant to the Due Process clause of the 14th "amendment" they *held*:

"In rejecting the suggestion that the Due Process clause (of the 14th "amendment" -- ed) incorporated the original Bill of Rights, Mr. Justice Cardozo ( in *__Palko v Connecticut 302 US 319__* ) reaffirmed on behalf of that Court a different but deeper and more pervasive conception of the Due Process clause. This Clause extracts from the States for the *__lowliest and most outcast__* all that is implicit in the concept of *__"ordered liberty"__*. (whatever the govt. says that is -- ed)

Along the same line, the following is offered to illustrate the fact that the 14th "amendment" *did not* and *does not* apply to State Citizens:

"The protection designed by that clause ("due process" of the 14th "amendment" -- ed), as has been repeatedly held, *__has no application to a citizen of the State whose laws are complained of__*. If the plaintiff was a citizen of the State of Illinois, that provision of the Constitution gave her *__no protection__* against its courts or its legislation."

### *__Colgate v Harvey 296 US 404__*

Nothing can be clearer than the fact that the intent of the 14th "amendment" was to grant "citizenship" to the newly freed slaves and other people of color:

"The **_main_** purpose of the 13th, 14th, and 15th amendments was the freedom of the **_African race_**.

### Slaughterhouse Cases 16 Wall 36

"The 14th amendment, although prohibitory in terms, confers a positive immunity or right to the **_colored race_** -- the right of exemption from unfriendly legislation against them distinctively as colored."

### Strauder v West Virginia  100 US 303

(See also **_Minor v Happersett 21 Wall 162, Scott v Sandford 19 How 393, Van Valkenburg v Brown 43 Cal 43_**); the references just cited can have but one meaning and application: to those who do owe their "citizenship" to the 14th "amendment".

Please note here that **SCOTUS** understands this issue well -- see  **_U.S. v Cruikshank 92 US 542_**:

"We agree ... that there are privileges and immunities belonging to citizens of the United States, in that relation and character, and that it is these and these alone which a State is forbidden to abridge. The governments of the United States and each of the several States **_are distinct from one another_**. The rights of a citizen under one **_may be quite different from those which he has under the other_**."

Coming to other important principles set forth in the *Ashwander* 'rules' we find that:

2.  "The Court will not anticipate a question of Constitutional Law ***in the advance of the necessity of deciding it***. It is not the habit of the Court to decide questions of a Constitutional nature unless absolutely necessary to a decision of the case."

4.  "The Court will not pass upon a Constitutional question, though properly presented by the record, if there is also present ***some other ground*** (?? - ed) upon which the case might be disposed of."

Need it be said that if you plead 14th "amendment" issues in the courts you will never get the ***proper*** issue(s) to them for decision and, on one level this might be understandable or even laudable, but for the courts to do this while ignoring the ***real and substantive issues*** and not telling you what the "some other ground" was, is the height of intellectual dishonesty, if not outright treason to the Constitution.

The single most important instance of the Court invoking these rules, in my opinion, was the case of ***Carmichael v Southern Coal & Coke 301 US 495***, the first test case of the Social (in)Security Tax, where the court decided, at page 513 that:

"Appellees extend their attack on the statute from the tax imposed on them as employers to the tax imposed on employees. ___But they cannot object to a tax that they are not asked to pay___, at least if it is separable, as we think it is, from the tax they must pay"

in legal parlance, the company lacked standing to argue the issue of the tax imposed on "employees" and, so far as I have been able to determine, there the matter rests to the present day, awaiting a challenge from an "employee" that must come for the Nation & Republic to be put on the road to restoration.

Oh, you think that you have a ___right___ to Social (in)Security benefits ?? Guess again. The Court held, 5-4 in a bitterly fought decision (___Flemming v Nestor 363 US 603, 610___):

"To engraft upon the Social Security system a concept of "accrued property rights" would deprive it of the ___flexibility and boldness in adjustment to ever-changing conditions___ which it demands. It was doubtless out of an awareness of the need for such flexibility that Congress included in the original Act, and has since retained, a clause expressly reserving to it "___the right to alter, amend, or repeal any provision of the Act___" ....

We must conclude that a person covered by the Act has ___not such a right in benefit payments___ as would make every defeasance of "accrued" interests violative of the Due Process Clause of the 5th Amendment."

How to Stay ___OUT___ of Jail (Despite your best efforts)  Page 24 of 132

These are the sorts of nuances, for want of a better word, that are essential to get into your court pleadings and, if necessary, oral arguments or motions. All of these cases are, to me, well known and readily recitable in open court *__a cappella__* down to the chapter and verse and I can tell you from experience that this makes most judges and prosecutors both angry and alarmed, the latter as they are confronted with a situation in which they could be found to be acting without authority (*__coram non judice__* in the vernacular) and thus liable *__at law__* for any negative consequences of their acts and, again, perhaps for treason as well. Think they want to have me in their "court" or, worse, in their jails ???

This is what I want to teach you how to do -- no, you do not need an encyclopedic mind (but it helps) and need no special talent, really, only to learn a few simple concepts of legal procedure (*__staying on point__* being the most important) and voila ! you go from the intimdatee to the intimidator, a wonderful reversal of fortune, don't you think ??

# NOTICE OF CASE MANAGEMENT CONFERENCE

HENSHALL

**ENDORSED FILED**
~~SAN MATEO COUNTY~~ Case No.

**CIV** 4 6 5 8 6 2

SEP 0 6 2007    Date: _____ JAN 1 7 2008

vs.

Clerk of the Superior Court    Time: 9:00 a.m.
R. Montgomery
By _____ **DEPUTY CLERK**

CENTRAL PARKING, INC.

Dept. 2 – on Tuesday & Friday
Dept. 8 – on Wednesday & Thursday

You are hereby given notice of your Case Management Conference. The date, time and department have been written above.

1. In accordance with applicable California Rules of Court and Local Rules 2.3(d)1-4 and 2.3(m), you are hereby ordered to:

   a. Serve all named defendants and file proofs of service on those defendants with the court within 60 days of filing the complaint (CRC 3.110).

   b. Serve a copy of this notice, Case Management Statement and ADR Information Sheet on all named parties in this action.

   c. File and serve a completed Case Management Statement at least 15 days before the Case Management Conference [CRC 3.725]. Failure to do so may result in monetary sanctions.

   d. Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 days before the date set for the Case Management Conference.

> 2. **If you fail to follow the orders above, you are ordered to show cause why you should not be sanctioned. The Order To Show Cause hearing will be at the same time as the Case Management Conference hearing. Sanctions may include monetary, evidentiary or issue sanctions as well as striking pleadings and/or dismissal.**

3. Continuances of case management conferences are highly disfavored unless good cause is shown.

4. Parties may proceed to an appropriate dispute resolution process ("ADR") by filing a Stipulation To ADR and Proposed Order (see attached form.). If plaintiff files a Stipulation To ADR and Proposed Order electing to proceed to judicial arbitration, the Case Management Conference will be taken off the court calendar and the case will be referred to the Arbitration Administrator. If plaintiffs and defendants file a completed stipulation to another ADR process (e.g., mediation) 10 days prior to the first scheduled case management conference, the case management conference will be continued for 90 days to allow parties time to complete their ADR session. The court will notify parties of their new case management conference date.

5. If you have filed a default or a judgment has been entered, your case is not automatically taken off the Case Management Conference Calendar. If "Does", "Roes", etc. are named in your complaint, they must be dismissed in order to close the case. If any party is in bankruptcy, the case is stayed only as to that named party.

6. You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

7. The Case Management judge will issue orders at the conclusion of the conference that may include:

   a. Referring parties to voluntary ADR and setting an ADR completion date;

   b. Dismissing or severing claims or parties;

   c. Setting a trial date.

8. The Case Management judge may be the trial judge in this case.

For further information regarding case management policies and procedures, see the court website at www.sanmateocourt.org.

* Telephonic appearances at case management conferences are available by contacting CourtCall, LLC, an independent vendor, at least 5 business days prior to the scheduled conference (see attached CourtCall information).

EXHIBIT 3

Arthur Eidelhoch
Counsel for Central Parking Inc.
San Francisco, California

Dear Sir --                                          9-19-07

This is to express appreciation for taking the time on Monday
to discuss, in a friendly fashion, my cases against Central Parking
(the second of which accompanies this letter).

I did not meet with success in my ex parte endeavor, but it
should be noted that I have calendared a hearing for an OSC on
October 4th for the same purpose.

If in the meantime we can arrange to get together at any
mutually convenient time and place (and your office isn't out of the
question, provided that I don't need any ID to enter the building !),
I believe that we can significantly shorten the processes currently
afoot and achieve mutually satisfactory results.

Now the comments that follow state my position as it has
been from the beginning, and there will be no objection, should
there be a jury trial, to the introduction of this letter into evidence.

With the case for wrongful termination it will certainly be
noted that, in effect, both compensatory and exemplary damages
are being sought, most especially as there does seem to be some
bad faith actions to date (though it must be said that based on our
conversation of 9/17 that it seems more likely that there has been a
misunderstanding of the legal points raised than any egregiously
wrongful behavior committed).

Now it seems to me that the company will take the position that the I-9 and W-4 would still need to be filled out and completed, but I believe this was and is incorrect. As stated earlier to both Eric Loudin and Chris Kato, all Central needs to do, under *established law (Treasury Dept. Reg. 301-6109-1(c), EEOC vs Info. Syst. Consulting No. CA 3-92-0169T U.S. District Court N. District of Texas 1992)*, is send a declaration to the IRS that it has 'requested an identifying number and one was not provided' ( a draft of such document has been provided to Central and can be seen as Exhibit "I" in the instant case).

Specifically noted here is that the citation of a de facto decision of the court as in the EEOC case above is made with the *limited* purpose of demonstration of the law as it applies to Central as an *artificial corporate entity* (but *NOT* to me as a lawful de jure State Citizen, one *NOT* engaged in a 'privileged' activity).

I would never raise an issue of religious freedom, most particularly in this context. My issues being *stronger*, I believe it eminently safe to conclude, a fortiori, that the same legal reasoning would also apply in this case as well.

While it must be admitted that the I-9 situation is not so neatly settled, yet I believe under the applicable law for penalties applied to an "employer" that any such government claim must fail for failure to carry their burden of proof of each and every element of the 'offense' (see e.g. *US v Morrissette 342 US 246, In Re Winship 397 US 358*).

How, it might be asked, if any penalties assessed are limited to matters involving *illegal aliens*, as they all are, could the de facto government prove first, that I am an alien (a very interesting subject, as I believe insofar as regards the national government I, and all State Citizens *are aliens* and have, effectively been

and Creator endowed rights to life, liberty, and property  ??

It is hoped that the fact that we should be on the *same side* in these cases is beginning to become crystal clear.

I am fully aware of what I am doing and the gravity of the questions presented for decision, but am blessed with the ability, the character, the knowledge, and the status & standing to raise these questions, politically incorrect, even racist, as they might be incorrectly perceived to be in certain quarters.

But being a Citizen of the Nation & Republic, and being mindful of Jefferson's admonition that *"eternal vigilance is the price of liberty"* and with this obligation of Citizenship to act clear and compelling, I have but followed the example of the Founders of this Nation to pledge their lives, fortunes and sacred trust in securing Independence to this Nation.

I would be pleased to meet for further discussion at any mutually convenient time. Please note *correct* mailing address.


Constitutionally,


William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA
650-255-3078

Letter of Conciliation Page  5  of  5