ARTHUR M. EIDELHOCH, Bar No. 168096
WILLIAM HAYS WEISSMAN, Bar No. 178976
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
CENTRAL PARKING SYSTEMS, INC.;
NEW SOUTH PARKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENSHALL,<br><br>   Plaintiff,<br><br>v.<br><br>CENTRAL PARKING, INC.; NEW SOUTH PARKING, INC.,<br><br>   Defendants. | Case No. C 07 05097 JL<br><br>**PROOF OF SERVICE BY MAIL** |

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 5, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**ECF REGISTRATION INFORMATION HANDOUT**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**WELCOME TO THE U.S. DISTRICT COURT PACKET**

**NOTICE OF ASSIGNMENT OF CASE TO UNITED STATES MAGISTRATE FOR TRIAL**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE BY MAIL                                   CASE NO. C 07 05097 JL

in a sealed envelope, postage fully paid, addressed as follows:

> William Henshall
> PO Box 281676
> San Francisco, CA 94128-1676

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 5, 2007, at San Francisco, California.

*Anne Kawase*
Anne Kawase

Firmwide:83219137.1 024404.1041

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

PROOF OF SERVICE BY MAIL                    CASE NO. C 07 05097 JL