**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11   WILLIAM HENSHALL,                          No. C 07-5097 JL

12            Plaintiff,

13        v.                                     REQUEST FOR REASSIGNMENT TO
                                                 A UNITED STATES DISTRICT JUDGE
                                                 FOR TRIAL AND DISPOSITION
14   CENTRAL PARKING, INC,

15            Defendant.
     _____/

16

17        The undersigned party hereby declines to consent to the assignment of this case to

18   a United States Magistrate Judge for trial and disposition and hereby requests the

19   reassignment of this case to a United States District Judge.

20

21   Date: _____         _____

22                                          Signature

23

24

25                                          Counsel for _____

26                                          _____

27

28


     REQUEST                                1