1  ARTHUR M. EIDELHOCH, Bar No. 168096
   WILLIAM HAYS WEISSMAN, Bar No. 178976
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
5
   Attorneys for Defendant
6  CENTRAL PARKING, INC.; NEW SOUTH
   PARKING, INC.
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 | WILLIAM HENSHALL,              | Case No.  C 07 05097 JL
11 |         Plaintiff,             |
12 |    v.                          | **PROOF OF SERVICE**
13 | CENTRAL PARKING, INC.; NEW     |
   | SOUTH PARKING, INC.,           |
14 |                                |
   |         Defendant.             |
15

**PROOF OF SERVICE**                    Firmwide:83429931.1 024404.1045

## PROOF OF SERVICE BY MAIL

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 25, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE**

**PROOF OF SERVICE**

in a sealed envelope, postage fully paid, addressed as follows:

William Henshall
PO Box 281676
San Francisco, CA 94128-1676

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 25, 2007, at San Francisco, California.

_____
Tami Cato

Firmwide:83428554.1 024404.1045
LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE BY MAIL