IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENSHALL,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTRAL PARKING INC, et al.,<br><br>    Defendant._____/ | No. C 07-05097 WHA<br><br>**CLERK'S NOTICE SCHEDULING MOTIONS AND INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Court has scheduled the Plaintiff's Motion to Remand, and Motion to Strike and the Defendants' Motion to Dismiss, or in the Alternative for a More Definite Statement for **December 6, 2007 at 8:00 a.m.** An Initial Case Management Conference has been scheduled for **January 10, 2007 at 11:00 a.m.** Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Parties requesting a continuance shall submit a stipulation and proposed order. If the parties are unable to reach a stipulation, the requesting party shall submit an ex parte application with a proposed order.

Dated: October 31, 2007                         FOR THE COURT,

                                                Richard W. Wieking, Clerk

                                                By: _____
                                                    Dawn K. Toland
                                                    Courtroom Deputy to the
                                                    Honorable William Alsup