1   ARTHUR M. EIDELHOCH, Bar No. 168096
    WILLIAM HAYS WEISSMAN Bar No. 178976
2   LITTLER MENDELSON
    A Professional Corporation
3   650 California Street, 20th Floor
    San Francisco, CA  94108.2693
4.  Telephone:    415.433.1940
    Facsimile:     415.399.8490
5
    Attorneys for Defendants
6   CENTRAL PARKING SYSTEMS, INC.;
    NEW SOUTH PARKING
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM HENSHALL,                          Case No.  C-07-cv-05097-WHA

12              Plaintiff,                      **DEFENDANTS' NOTICE OF MOTION
                                                AND MOTION TO DISMISS, OR IN THE
13     v.                                       ALTERNATIVE, FOR A MORE DEFINITE
                                                STATEMENT, PURSUANT TO RULE 12
14  CENTRAL PARKING, INC.; NEW                  OF THE FEDERAL RULES OF CIVIL
    SOUTH PARKING, INC.,                        PROCEDURE**
15
                Defendants.                     Date: December 13, 2007
16                                              Time: 8:00 am

17

18

19

20          **PLEASE TAKE NOTICE THAT** on Thursday, December 13, 2007, at 8:00 a.m., before

21  the Honorable William H. Alsup, United States District Court Judge, at Courtroom 9 of the United

22  States District Court for the Northern District of California, located on the 19th Floor at 450 Golden

23  Gate Avenue, San Francisco, California, 94102, Defendants Central Parking Systems, Inc. and New

24  South Parking, will move this Court for an order dismissing Plaintiff's Complaint filed on

25  September 6, 2007, in the Superior Court of the State of California in and for the County of San

26  Mateo, and removed to this Court on October 3, 2007.

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

DEFENDANTS' NOTICE OF MOTION PURSUANT TO RULE 12
OF THE FEDERAL RULES OF CIVIL PROCEDURE                         Case No.: C-07-cv-05097-WHA

1    This motion was previously notice for hearing before Magistrate Judge Larson and set for

2    hearing on November 21, 2007, but such date was vacated upon transfer of this matter to Judge

3    Alsup.

4    The Defendants' Motion to Dismiss is based upon Federal Rule of Civil Procedure 12(b)(6)

5    in that the Complaint fails to state a claim upon which relief can be granted.  Specifically, Plaintiff

6    seeks a declaration that he is not a citizen of the United States and therefore not subject to the laws

7    of the United States, and further that he has a right of employment with Defendants.  Moreover,

8    Plaintiff seeks to require Defendants to violate applicable federal laws.  In addition, Plaintiff cannot

9    state causes of action for wrongful termination because he was never an employee, breach of

10    contract because there was no contract between Plaintiff and Defendants  or negligent infliction of

11    emotional distress because Defendants owed no duty to Plaintiff.  Defendants contend that no

12    averments were made that could support such relief, nor could the Complaint be amended to such

13    support such claims.

14    In the alternative, Defendants move for an order requiring a more definite statement pursuant

15    to Federal Rule of Civil Procedure 12(e), in that the Complaint is so vague that Defendants cannot

16    reasonably be required to frame a responsive pleading.

17    Defendants' motion is based upon this Notice of Motion and Motion and the accompanying

18    Memorandum of Points and Authorities, and such oral argument as may be had at the hearing.

19    **PLEASE    TAKE    FURTHER    NOTICE**    that    Plaintiff    has    until

20    November 22, 2007            , to file and serve any opposition to Defendants' Motion.

21

22    Dated: October 31 , 2007

23    _____

24    WILLIAM HAYS WEISSMAN
      LITTLER MENDELSON

25    A Professional Corporation
      Attorneys for Defendants CENTRAL

26    PARKING SYSTEMS, INC.; NEW SOUTH
      PARKING

27

28    Firmwide:83475473.1 800000.3500

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94106.2693
415.433.1940

2.

DEFENDANTS' NOTICE OF MOTION PURSUANT TO RULE 12 OF
THE FEDERAL RULES OF CIVIL PROCEDURE

Case No.: C-07-cv-05097-WHA