IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENSHALL, | No. C 07-05097 WHA |
| Plaintiff, | |
| v. | **ORDER OF REFERRAL** |
| CENTRAL PARKING INC., | |
| Defendant. | |

Upon review, this action appears to concern the same parties, transactions and events as *William Henshall v. Central Parking*, Case No. C 07-4458 SI. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Susan Illston for the purpose of determining whether it is related to that case as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: November 13, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE