IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HENSHALL,                                                No. C 07-05097SI

       Plaintiff,                                                         **NOTICE**

  v.

CENTRAL PARKING INC,

       Defendant.
                                                  /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, January 25, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: November 28, 2007                                         RICHARD W. WIEKING, Clerk

 

                                                             Tracy Sutton
                                                             Deputy Clerk

**United States District Court**
For the Northern District of California