IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HENSHALL,　　　　　　　　　　　　No. C 07-05097SI

　　　　　Plaintiff,　　　　　　　　　　　　　　**NOTICE**
　　　　　　　　　　　　　　　　　　　　　　　AMENDED
　　v.

CENTRAL PARKING INC,

　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　／

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, January 25, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Defendant's motion to dismiss has been scheduled for argument on Friday, January 25, 2008, at 9:00 a.m.

Dated: November 28, 2007　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk



　　　　　　　　　　　　　　　　　　　　　　　　　　Tracy Sutton
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk