Littler Mendelson
650 California Street 20th Floor
San Francisco, California

**RECEIVED**
JAN 3 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

JAN 7, 2008

Dear Sir(s) --                                              12-28-07

  Am in receipt of your communication pursuant to a purported status conference in Case No. **C07 05097** in the Federal District Court in San Francisco, but continue to be concerned, if not puzzled, by the status of the case as indicated in my earlier letter.

  By now, you should also have received my **Supplemental Points & Authorities** in support of my **Motion to Remand** as well, which I trust will further underscore the fact that any talk of a status conference is putting the cart before the horse, what with the jurisdiction and venue of the federal tribunal being vigorously contested and with the matter of my motions being, so far as I know, unsettled. Indeed, I do not even know if the hearing of December 6th past even took place, let alone the result.

  In theory, I would have no objection to a short continuance, such as proposed in your letter, bearing fully in mind that the unexpected delays and obstructions in the litigation to date have placed me in a continuously precarious personal position, with, at the moment, no clear end in sight.

  And the fact that the matter of my being **barred** from physical entry to the federal building in order to prosecute the case, being likewise unresolved (and being *directly* related to the case), would place me in a wholly untenable position to even attend a status conference, let alone any hearings, voir dire, even the trial itself, novel issues of law sure to be worthy of attention and review elsewhere.

  To be sure, when the decision was made to traverse the 'road not taken' it was with the full knowledge that the process might be time consuming, confusing, even frustrating and that others close to me would not be unaffected by unfolding events. Accordingly I am in this for the duration, for the stakes are far greater than just my individual situation and I am simply performing a duty of Citizenship to be ever vigilant, as advised by wiser men

than me, who ordained and established the Constitution which it is my pleasure to defend, as to personal liberty and continued and stealthy, or blatant these days (i.e. *Al Odah*), government encroachment thereon.

As it is manifestly unclear as to the outcome of my ***timely*** jurisdictional challenges, it would be sheer folly to engage in any process, either administrative or 'judicial', which could be construed to be acquiescence to such jurisdiction, if I hope to have the Constitutional question(s) addressed and answered in the supreme Court of the united States.

I believe that my pleadings to date demonstrate the soundness of this position and need not be repeated here, save for the citation to the "*Ashwander* doctrine" (***Ashwander v TVA 297 US 288,341***) of the supreme Court itself upon which I have actively and earnestly relied from the inception of the instant litigation.

Constitutionally,

*[signature: William Henshall]*

William Henshall
**First Judicial District**
P. O. Box 281676
San Francisco, California, USA

cc/Judge Susan Illston