ARTHUR M. EIDELHOCH, Bar No. 168096
WILLIAM HAYS WEISSMAN, Bar No. 178976
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone:    415.433.1940

Attorneys for Defendant
CENTRAL PARKING, INC., NEW SOUTH
PARKING, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Henshall,<br><br>                 Plaintiff,<br><br>      v.<br><br>CENTRAL PARKING, INC., NEW SOUTH PARKING, INC.,<br><br>                 Defendants. | Case No.  C 07 05097 JL<br><br>**STIPULATION TO RESCHEDULE HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

        The parties hereby stipulate that the hearing and case management conference set for Friday January 25, 2008, shall be moved to Friday February 1, 2008, at the same times and location, respectively.

Dated: December 26th, 2007


_____
WILLIAM HENSHALL
Plaintiff in Pro Per

_____  12/26/07
WILLIAM HAYS WEISSMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
CENTRAL PARKING, INC.,
NEW SOUTH PARKING, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433 1940

STIPULATION (NO. C 07 05097 JL)
FIRMWIDE:83909264.1 024404.1045