

# LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

January 8, 2008

William Hays Weissman
Direct: 415-288-6347
Direct Fax: 415-680-1687
wweissman@littler.com

**VIA E-FILE**

Susan Illston
United States District Court - Northern District
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: ***William Henshall v. Central Parking, Inc.***, Case No.: 07 05097 SI

Dear Judge Illston:

Enclosed please find a copy of the enclosed stipulation seeking to move the hearing on the Motion to Dismiss scheduled for hearing on Friday January 25, 2008, and Case Management Conference scheduled for the same day to Friday February 1, 2008. Neither of the attorneys for the defendants are available on the day the court selected for hearing.

Also enclosed is Plaintiff's letter indicating that he does not object to short continuance. Plaintiff, however, did not sign and return the proposed stipulation. Attempts to reach him by telephone have failed, as it appears that Plaintiff no longer has a working telephone number.

Therefore, we respectfully request that these matter be continued one week to February 1, 2008.

Sincerely,

William Hays Weissman

WHW/tdc

Enclosures

cc:   William Henshall (via U.S. Postal Service)

Firmwide:83997562.1 024404.1045

ALABAMA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
MASSACHUSETTS
MINNESOTA
MISSOURI
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
VIRGINIA
WASHINGTON