ARTHUR M. EIDELHOCH, Bar No. 168096
WILLIAM HAYS WEISSMAN, Bar No. 178976
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendant
CENTRAL PARKING, INC.; NEW SOUTH PARKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENSHALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL PARKING, INC.; NEW SOUTH PARKING, INC.,<br><br>　　　　Defendant. | Case No. C 07 05097 WHA<br><br>**PROOF OF SERVICE** |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**PROOF OF SERVICE**　　　　Firmwide:83429931.1 024404.1045

## PROOF OF SERVICE BY MAIL

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On January 8, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**LETTER TO JUDGE SUSAN ILLSTON DATED JANUARY 8, 2008**

**COPY OF LETTER RECEIVED FROM WILLIAM HENSHALL DATED DECEMBER 28, 2007**

**COPY OF LETTER TO WILLIAM HENSHALL AND RELATED ATTACHMENTS DATED DECEMBER 26, 2007**

**STIPULATION TO RESCHEDULE HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**

**PROOF OF SERVICE**

in a sealed envelope, postage fully paid, addressed as follows:

William Henshall
PO Box 281676
San Francisco, CA 94128-1676

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 8, 2008, at San Francisco, California.

_____
Tami Cato

Firmwide:83998041.1 024404.1045

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940