IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HENSHALL,                               No. C 07-05097SI

       Plaintiff,                                **NOTICE**

  v.

CENTRAL PARKING INC,

       Defendant.
                                /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion to dismiss and the initial case management conference has been continued to Friday, February 1, 2008, at 9:00 a.m. and 2:00 p.m., respectively.

Dated: January 9, 2008                                  RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk