FILED
JAN 0 9 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

To:   Judge William Alsup
      Littler Mendelson -- Counsel for Defendants

From:   William Henshall

In Re:   Mystery of Case No. *C07 05097*

Date:   January 8th, 2008

This is to inquire as to the status and disposition of my timely, substantive, and effectively *unopposed* Motions to Remand and Strike in the hereinabove mentioned case.

There was, as far as I have been able to determine, a hearing on these motions on December 6th, 2007, yet no news of whether or not this hearing was held, and the outcome thereof, has reached me fully *one month after* the date of such hearing.

Even being under the twin disabilities of being unable to afford a phone and being *barred* from the federal building, let alone the court -- and for *exactly the same reason* that gave rise to my cases in *state* court -- one would have thought that by now news would have filtered down to my post office box (*imminent* homelessness looming menacingly over the horizon, what with the dilatory actions of defendants and the curious delays attributable to the 'judicial' department of government effectively estopping me from obtaining the redress of grievance, not to mention justice, which is secured to "*Our posterity*" by the 𝕮𝖔𝖓𝖘𝖙𝖎𝖙𝖚𝖙𝖎𝖔𝖓 𝖔𝖋 𝖙𝖍𝖊 𝖚𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 *{1787-1791}* and the 𝕮𝖆𝖑𝖎𝖋𝖔𝖗𝖓𝖎𝖆 𝕮𝖔𝖓𝖘𝖙𝖎𝖙𝖚𝖙𝖎𝖔𝖓 *(1849)*).

All I know, from the sparse communication to date, is that Case No. *C07 05097* has been reassigned to Judge Illston on the somewhat tenuous ground that it is a "related" case to Case No. *C07 4458*, which case was summarily dismissed *with prejudice* for a perceived procedural default on my part, a remarkable doublespeak sleight of hand that reversed the situation completely and relieved Defendants of *their* defaults in both cases and that a hearing on *Defendant's* (!!) Motion to dismiss has been scheduled for January 25th, 2008, with the same result being anticipated, perhaps by the

expedient via *fiction of law* that the alleged default on my part in Case *C07 4458* has somehow been bootstrapped to Case No. *C07 05097*. Houdini would be proud of such hocus-pocus !!

Plus l have received documents purporting to address a "status conference" for this case and cumulatively these actions on the part of the court suggest that my motions were denied, yet neither notice of such denial *nor any reasons for such denial* -- and with me being "all in" and having *no way to obtain work and enjoy the fruits of my labor to continue my life and physical well being,* I certainly have the right to know exactly for what reason(s) my pleadings were denied (and no one in any department or branch of the *de facto* government to whom petitions for redress of grievance have been addressed in my almost *twenty three years* of active pursuit of justice has ever come forward with any substantive answers to any of my questions).

As should be apparent, l cannot move forward in Case No. *C07 05097*, even assuming arguendo l could find some way to gain entry into the federal building (or have the proceedings conducted in the street !) without running an unknown and unwarranted risk of waiving my objections to the manifest absence of jurisdiction of the court, which jurisdiction I have vigorously opposed (see e.g. *York v Texas 137 US 15, Millican v US 600 Fed 2nd 273, In Re Meador 16 Fed. Cases 1294, Ashwander v TVA 297 US 288,341*). Could another procedural "default" be thus engendered ??

Any assistance you can provide would be appreciated. Please note *correct* mailing address below.

Constitutionally,

_William Henshall_
William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA