IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENSHALL, | No. C 07-05097 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CENTRAL PARKING, INC.; NEW SOUTH PARKING, INC., | |
| Defendants. | |

Defendants' motion to dismiss has been granted without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: January 16, 2008

SUSAN ILLSTON
United States District Judge