1  ARTHUR M. EIDELHOCH, Bar No. 168096
   WILLIAM HAYS WEISSMAN, Bar No. 178976
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    415.433.1940

5  Attorneys for Defendants
   CENTRAL PARKING SYSTEMS, INC.;
6  NEW SOUTH PARKING, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | WILLIAM HENSHALL,                    | Case No.  C07-05097 SI

11 |             Plaintiff,                | **NOTICE OF ENTRY OF JUDGMENT**

12 |        v.

13 | CENTRAL PARKING, INC.; NEW
   | SOUTH PARKING, INC.,

14

15 |             Defendants.

16            PLEASE TAKE NOTICE that the Judgment attached hereto as Exhibit A, was filed

17 and entered by the clerk of the Court on January 16, 2008.

18

19 Dated: January 24, 2008

20                                    _____
                                       WILLIAM HAYS WEISSMAN
21                                     LITTLER MENDELSON
                                       A Professional Corporation
22                                     Attorneys for Defendants CENTRAL
                                       PARKING, INC.; NEW SOUTH PARKING,
23                                     INC.

24

25

26 Firmwide:84112565.1 024404.1045

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**PROPOSED ORDER ON DEFENDANTS'
MOTION TO DISMISS**                                    Case No.: C07-05097SI