# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HENSHALL,

Plaintiff,

v.

CENTRAL PARKING, INC.; NEW SOUTH PARKING, INC.,

Defendants.

/

No. C 07-05097 SI

**JUDGMENT**

Defendants' motion to dismiss has been granted without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: January16, 2008

Susan Illston

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California