To: Susan Illston

From: William Henshall

In Re" Case No. **C07 05097**

Date: January 28th, 2008



    This is to express disappointment, but *not* surprise, at your perfunctory, pejorative, and prejudicial handling of the hereinabove mentioned case wherein you evidently did not feel the need to hold any hearings at all (even assuming arguendo that I would be "permitted" to enter the building to exercise my constitutionally secured right to redress of grievance) to afford me the opportunity to be heard in defense of not only my life, but the continued life and vitality of the Nation & Republic as well.

    Nothing I could say, apparently, would make any difference in the outcome of the case, most especially in view of my "incomprehensible" (and *unopposed* !) pleadings setting forth the manifest absence of federal subject matter jurisdiction.

    You have, however, fulfilled your leading role in the reductio ad absurdum I will be presenting to the 'Nine Old Men' in an attempt to vindicate the framers of the Constitution and restore the Nation & Republic that they ordained and established.

    Being an appointee of Bill Clinton I suppose that much more could not reasonably be expected; being, supposedly, a graduate of the Stanford Law School, which has produced, among others, Justices Rehnquist and O'Connor, personages to whom my pleadings and arguments, emanating as they do largely from the supreme Court *would* be intelligible, even cogent, a closer

adherence to your oath to preserve, protect, and defend the Constitution was clearly in order.

This makes one wonder what passes for scholarship at even so preeminent a place as Stanford, and just what exactly is the law that they are teaching there these days that none of the authorities proffered by me were "comprehensible".

Fortunately, I expect to do better elsewhere in this regard and anticipate being fully vindicated. You, however, have done yourself, and the federal 'judiciary' a great disservice by failing to decline jurisdiction where *none* existed and to rule upon issues not properly before you as part and parcel of your job as a public (*not* government !!) servant (see ***Cohens v Virginia 6 Wheat 264*** in this regard, a case authored by Chief Justice Marshall, and an opinion and a citation system with which I shall assume that you are familiar, unlike your 'state' counterpart in the instant case).

And for this failure to perform covenant, I would hope, and expect, that such a display of lack of 'judicial temperament', among other things, would raise great concern, if not a clear disqualification, on any advancement up the judicial ladder, so to speak, on the part of those having the discretion to make such appointments (although one assumes that *Hillary* would not find any impropriety in the acts of hubby's crony in this case).

As this is something of a post-mortem, it seems fair to ask what exactly I could have done to make the situation clear or "comprehensible" enough so as to obtain the redress and justice one might suppose the ***Constitution for the united States {1787-1791}*** was ordained and established to secure.

Duly noted is your grudging granting of my "IFP" status, which there is every reason to think that, had the case somehow continued in your federal tribunal, would have been routinely and severely questioned as you do *NOT* believe that I have exhausted, or am perilously close to exhausting, my resources.

That I have done so is a sort of happy circumstance, as having to deal with the *money issue* (and I am *fully* prepared on this issue as well) would really have delayed proceedings in the extreme, which I did not and do not have the time to invest.

Sufficient to say that even if possessed of an allegedly ample amount of federal reserve notes (aka, by the Fed's *own* admission, as *evidences of debt* (IOUs) or Frauds (*F*ederal *R*eserve *A*ccounting *U*nit *D*ollar*S*), I would yet have qualified for IFP status, most especially given the fact that these IOUs circulate, just as their brethren *military* scrip, outside the purview of the jurisdiction of a *State Judicial District* (note my proper mailing address which was *NEVER* used during the proceedings in the instant case despite repeated requests to do so), in a *federal regional martial law venue* established by the President, acting as C-in-C, , pursuant to among other provisions of "law" the Reconstruction Act of 1867, and the *war* "amendments" (14th-15th).

Note particularly Section 4 of the 14th "amendment" wherein *it says that:*

"The validity public debt of the United States, .... authorized by law, shall not be questioned"

If this provision of "law" isn't a carte blanche check to the politicians in the *de facto* national government anointing them with *undefined* and *unlimited* powers, it is difficult, if not impossible, to imagine what provision of law would afford such an example.

Post Mortem Leter Page 3 of 6

Understand also that the *real* agenda of the framers of the enactment of such "amendment" was, in addition to making corporations "citizens", was to create a *dependent de facto* federal citizenry of the recently freed slaves whose time, labor, property, even existence would be *subservient* to their federal massah and creator, the *de facto national* government who thereby dispossessed the southern plantation owner (of, arguably, his property without just compensation) and transferred ownership of the slaves to the federal plantation in Washington DC.

Accordingly, such *de facto federal* citizens carried with them federal jurisdiction every where they went, which jurisdiction arises from, in all probability, either **Article I, Section 8, Clause 17**, **Article IV, Section 3** or, more to the point, most especially in view of the assertions of the *de facto national* government in the pending case of **Al Odah v US 06-1696**, the powers of the President as ***Commander-in-Chief of the Armed Forces*** pursuant to **Article II, Section 2 Paragraph 1**.

Notice how nicely this dovetails with the concept that every question arising under the exercise of legislation under the 13th, and by necessary extension, 14th and 15th "amendments" involves a legislative, and *NOT* judicial question (see e.g. **US v Rhodes 27 Fed. Cases 785; Case No. 16151**). Judicial process, anyone ??

And yet another citation of **Cohens**, supra, is here in order, most particularly regarding jurisdiction and venue, as the Court, through Chief Justice John Marshall (never a friend of *limited* government) held that:

> "The case of a State which pays off its own debts with *paper money* no more resembles this than do those to which we have already adverted. The Courts have *no jurisdiction* over the contract. They cannot enforce it, nor judge of its violation. **Let it be that the act discharging the debt is a mere nullity, and that it is still due**. But

suppose a State to institute proceedings against an individual which depended upon the validity of an act emitting bills of credit; ***suppose a State to prosecute one of its citizens for refusing paper money***, who should plead the Constitution in bar of such prosecution. If his plea should be overruled, and judgment rendered against him, his case would resemble this; and, unless the jurisdiction of this Court might be exercised over it, ***the Constitution would be violated, and the injured party be unable to bring his case before that tribunal to which the people of the United States have assigned all such cases***.

Largely for this reason, not to mention ***Article I, Section 8, Clause 5*** and the ***Coinage Act of 1792***, the dollars specified in my complaint would be lawful money of the united States e.g. specie -- gold and silver coin of which the common law *does* take cognizance. Note that no "dollar sign" ($) appeared anywhere in my complaint, and for good reason !!

Are these facts "comprehensible" enough now ???

Keep in mind also that it is *your* posterity, as well as mine, that will continue to be adversely affected and have, in effect, their lives taken, to the maximum practicable extent, by the unlawful acts of usurpation of (those behind) the *de facto national* government *without judicial process* or even the right to a trial by jury (which you have effectively denied me in the instant case; see also ***Blanton v N. Las Vegas 489 US 538*** in which the Court held, ***9-0***, that *de facto federal* citizens owing their "citizenship" to Section 1 of the 14th "amendment" *had no right to a trial by jury* in at least a *criminal* misdemeanor case, and maybe, just maybe, if the contentions of the *de facto national* government in ***Al Odah***, supra, be sustained, no such right in cases of felony either).

And this holding is consistent with the 14th "amendment" jurisprudence of the Court, most especially their opinion in *Wolf v Colorado 338 US 25* where it was held that:

> ""In rejecting the suggestion that the Due Process clause (of the *14th* "amendment" -- ed) incorporated the original Bill of Rights, Mr. Justice Cardozo reaffirmed on behalf of that Court a different but deeper and more pervasive conception of the Due Process clause. This Clause extracts from the States for the *lowliest and most outcast* all that is implicit in the concept of *"ordered liberty"*.

Of course *my* posterity will have the benefits of my knowledge and research and will be as prepared as possible for such dire consequences and might, therefore, have a chance to survive the coming Holocaust.


Constitutionally,

*William Henshall* (signature)

William Henshall
***First Judicial District***
P. O. Box 281676
San Francisco, California, USA